**Chadwick, Kyle (CIV)**

**From:** AFeinberg@milchev.com
**Sent:** Friday, October 06, 2006 10:27 AM
**To:** Chadwick, Kyle (CIV)
**Subject:** RE: AA v. U.S. (Fed. Cl.)

Kyle, we are still working on a response. Some of your requests are incredibly broad and difficult to respond to. We aim to get you a formal response next week. Is that OK?

Adam

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Friday, October 06, 2006 10:23 AM
To: Feinberg, Adam
Subject: FW: AA v. U.S. (Fed. Cl.)

<<AmericanAir.Feinberg ltr.092106.pdf>> Adam, any response to this?
(It's been two weeks.)

-----Original Message-----
From: Chadwick, Kyle (CIV)
Sent: Friday, September 22, 2006 1:19 PM
To: afeinberg@milchev.com
Cc: 'CYNTHIA.KOCH@usda.gov'; 'Andy.Kosegi@dhs.gov'
Subject: AA v. U.S. (Fed. Cl.)

Adam, the hard copy was mailed yesterday. Have a good weekend.

Kyle
direct dial: (202) 616-0476

**Chadwick, Kyle (CIV)**

**From:** Chadwick, Kyle (CIV)
**Sent:** Friday, October 06, 2006 10:47 AM
**To:** 'AFeinberg@milchev.com'
**Subject:** RE: AA v. U.S. (Fed. Cl.)

We'll just have to get it when we get it -- I was just wondering about timing, thanks.