IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1736C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

SECOND DECLARATION OF YEA BROWNING

I, Yea Browning, hereby declare as follows:

1. I am currently employed by the Department of Homeland Security, U.S. Customs and Border Protection ("CBP") in the Office of Human Resources Management.

2. While I was a supervisory auditor in the Regulatory Audit Division of CBP, I supervised the review of American Airlines performed by Mr. Eugene Schulman on August 23-27, 2004, for the period covering January 1, 2003, thru June 30, 2004. I was also physically present for four out of five days during the on-site review.

3. During that review, I repeatedly asked American Airlines representatives to provide us with documentation regarding the formula used to allocate the funds in the XT account.

4. The American Airlines representatives expressly refused to provide us with any documentation regarding the formula used to allocate the XT funds and became agitated with our repeated requests for such information.

5. As a result of American Airlines refusal to provide us with any underlying documentation concerning the XT allocation methodology, CBP was prevented from reviewing such methodology.

6. Further, because CBP did not review the underlying documentation concerning American Airlines' XT allocation methodology, CBP did not approve its XT allocation methodology.

7. To the best of my knowledge, no previous Government review of American Airlines included a specific examination of its XT allocation methodology.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 13th day of November 2006.

Yea Browning

Yea Browning