# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN AIRLINES, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 04-1736
Judge Susan G. Braden

## PLAINTIFF'S WITNESS LIST

Pursuant to this Court's November 30, 2006, Memorandum Opinion Regarding Discovery and Evidentiary Damages Hearing Scheduling Order (Doc. No. 49), Plaintiff American Airlines, Inc. respectfully submits the following list of witnesses that it plans to call in addition to expert witnesses:

1. Monty Hobbs
   Former American Airlines, Inc. Manager, Revenue Accounting

2. Leigh Boggs
   Manager Transportation Tax Control
   American Airlines, Inc.
   4333 Amon Carter Boulevard
   Fort Worth, TX 76155

Respectfully submitted,

/s/ Adam P. Feinberg

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 628-0858 (Facsimile)

Counsel for Plaintiff

*Of Counsel*:
Robert K. Huffman
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5877
(202) 628-0858 (Facsimile)

David R. Hamill
ARENT FOX
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 857-8940
(202) 857-6395 (Facsimile)

Dated: February 1, 2007