# In the United States Court of Federal Claims

No. 04-1736C
Filed February 20, 2007

***********************************
AMERICAN AIRLINES, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

The court hereby grants the Government's February 16, 2007 Motion for Leave to file a corrected version of the February 15, 2007 Motion for Discovery. The Government must file the corrected Motion for Discovery promptly.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**