IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1736C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST FOR EVIDENTIARY DAMAGES HEARING**

Pursuant to the Court's order dated November 30, 2006, defendant, the United States, respectfully submits this witness list for the hearing on damages scheduled for May 30 through June 1, 2007. The Government has served no expert report upon plaintiff, American Airlines, Inc. We previously briefed to the Court our contentions that (i) the amounts found by the Government's auditors do not determine the amounts that American should recover under the rubric of "uncollected user fees"; and that (ii) we cannot respond adequately to American's damages claims without obtaining the ordinary breadth of civil discovery concerning all of American's methods of collecting, allocating to financial accounts, and remitting to the Government the user fees at issue in this case (including, without limitation, American's handling of its "XT" and "ZZ" accounts). The Court denied us that discovery. Given the theory of damages the Court has adopted, we have determined not to present a substantive expert response to the damages report prepared for American by Deloitte Financial Advisory Services, LLP, which we contend (although the Court disagrees) addresses the wrong factual and accounting issues. We reserve the right to cross-examine American's expert witnesses.

We wish to present testimony at the hearing concerning the affirmative defenses of accord and satisfaction, equitable estoppel, laches, and waiver, which we asserted in our

December 2005 answer and our March 2007 answer to the amended complaint. We may offer the testimony of any, but probably not all, of the following individuals:

1. Barbara Blessing
   Acting Director, Office of Financial Management
   Bureau of Immigration and Customs Enforcement
   Department of Homeland Security

2. Yea Browning
   Supervisory Auditor, Regulatory Audit Unit
   U.S. Customs and Border Protection
   Department of Homeland Security

3. Daune Robinson
   Auditor, Financial Management Division
   U.S. Customs and Border Protection

4. Kevin Shea
   Associate Administrator and Chief Operating Officer
   Animal and Plant Health Inspection Service
   United States Department of Agriculture

5. Donna J. Ford
   Chief, Financial Services Branch
   Animal and Plant Health Inspection Service

6. Michael Campbell
   Auditor, InterAmerican Foundation
   (formerly of APHIS)

7. Efrain Peña
   Assistant Field Director, Dallas
   Regulatory Audit Unit
   U.S. Customs and Border Protection

8. Richard Sartin or
   Thomas Jesukiewicz
   current and former Supervisory Auditors, Regulatory Audit Unit
   U.S. Customs and Border Protection

9. Judith Harrison
retired, former Director, Office of Financial Management
Bureau of Immigration and Customs Enforcement
(address currently unknown)

10. Shirley Lloyd
retired, former Director, Office of Financial Management
Bureau of Immigration and Customs Enforcement
(address currently unknown)

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, DC

March 15, 2007

CERTIFICATE OF FILING

I certify under penalty of perjury that the attached document was electronically filed on March 15, 2007. I understand that service is complete upon filing and that parties and others may access the filing through the Court's electronic system.

s/Kyle Chadwick