IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------x

AMERICAN AIRLINES, INC., :

Plaintiff, :

-vs- : Civil Action

THE UNITED STATES OF AMERICA, : No. 04-1736

Defendant. :

------------------------------x

Deposition of Barbara Blessing

Washington, D.C.

Tuesday, May 15, 2007

10:10 a.m.

Job No.: 1-103575

Pages 1 - 136

Reported by: Tammy S. Newton

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

:

-----------------------------x

AMERICAN AIRLINES, INC., :

Plaintiff, :

-vs- : Civil Action

THE UNITED STATES OF AMERICA, : No. 04-1736

Defendant. :

-----------------------------x

Deposition of Barbara Blessing

Washington, D.C.

Tuesday, May 15, 2007

10:10 a.m.

Job No.: 1-103575

Pages 1 - 136

Reported by: Tammy S. Newton



Deposition of Barbara Blessing held at the offices of:

Miller & Chevalier

655 Fifteenth Street, N.W.

Washington, D.C. 20005

Pursuant to agreement, before Tammy S. Newton, a Notary Public in and for the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

ADAM P. FEINBERG, ESQUIRE

JEFFREY HAHN, ESQUIRE

Miller & Chevalier

655 Fifteenth Street, N.W.

Washington, D.C. 20005

(202) 626-5800

ON BEHALF OF DEFENDANT:

KYLE CHADWICK, ESQUIRE

Commercial Litigation Branch

Civil Division

United States Department of Justice

1100 L Street, N.W.

Washington, D.C. 20530

(202) 305-7562

Also Present:

Andrew S. Kosegi



C O N T E N T S


| EXAMINATION OF BARBARA BLESSING | PAGE: |
| --- | --- |
| By Mr. Feinberg | 5 |
| By Mr. Chadwick | 131 |

| DEPOSITION EXHIBITS: | FOR ID: |
| --- | --- |
| No. 1 - Declaration of Barbara Blessing | 28 |
| No. 2 - 31 CFR 901.9 | 50 |
| No. 3 - 31 USCS 3717 | 51 |
| No. 4 - October 13, 2003 Letter | 99 |
| No. 5 - Declaration of Barbara Blessing | 122 |


(All exhibits attached to transcript.)

PROCEEDINGS

Barbara Blessing,
having been sworn by the notary, testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF
BY MR. FEINBERG:

Q Good morning, Ms. Blessing. Could you state your full name for the record.
**A Barbara Ann, without the E, Blessing, B-L-E-S-S-I-N-G.**
Q Your address as well?
**A Home or -- well, 1416 Summerhill Drive, Carrollton, C-A-R-R-O-L-L-T-O-N, Texas 75007.**
Q Have you ever been deposed before?
**A On some internal -- yes.**
Q Just wanted to mention a couple basic ground rules. First, if there's anything you don't understand that I ask, please let me know, and I'll be happy to rephrase it or --
**A Great.**
Q -- ask it in a different way. Also, if you would answer audibly, it will make our court reporter's job a lot easier and also not -- try not to



talk over me. I'll try to do the same for you and for our court reporter. If at any point you'd like to take a break, just let me know, and we can do that.
**A Okay.**
Q Ms. Blessing, can you tell me if you did anything to prepare for this deposition?
**A I read the Interrogatories, the answer on the affirmative defense. There's several pages that were, I guess, presented to the court in April. And they had forwarded a copy to me basically and two letters that went to American that I had signed.**
Q Are you referring to the Interrogatory response that the government made?
**A Yes, that I believe Kyle might have signed them, I believe was the person.**
Q Did you do anything else to prepare for the deposition?
**A No.**
Q Other than look at these three documents?
**A Right.**
Q You didn't meet with Mr. Chadwick, for example?



**A We met a few minutes before this meeting at Starbucks. We had to have a little meeting place to get here.**
Q Can you tell me who your current employer is.
**A Immigration and Customs Enforcement, which goes by ICE, I-C-E.**
Q And what is your current position at ICE?
**A I'm director of a new unit, what we're calling planning and special projects. It's -- in financial management.**
Q What does that entail?
**A Strategic planning for the Office of Financial Management, audit liaison work, GAO responsiveness, OIG responsiveness.**
Q When did you begin working for the government in any position?
**A In June 1987, I believe.**
Q Can you just give me a rough sketch of the positions you've had from that time until the present?
**A Okay. I joined the government with USDA as a regional director over the women, infants, children**



**program, proceeded from there to director of resource management at the Immigration and Naturalization Service.**
Q When was that?
**A I think '88 and through the years -- remained with the INS, which then transferred into the ICE organization. For many of those years, I was within the Office of Financial Management as director of Office of Financial Management -- of the Dallas organization. Then I was director of the administrative services, which for the southern or the central part of the United States, which entailed managing all aspects of administrative services, HR, procurement, asset management, logistics, facilities, realty, and then I initiated the -- initiated the Dallas finance center and served as director there. Then moved to director of the carrier program and was with the carrier -- well, with the carrier program through this period, was on the transition team to CBP when the carrier program moved from ICE and USDA to CBP, returned to ICE after that transition and served as the national finance director, Office of Financial**

**Management for approximately a year, declined an offer for the position, went back to Dallas and served as director of financial operations, which encompassed our debt management center in Burlington, our Dallas -- finance center in Dallas and basically field operations services to the six agencies we serve in finance.**
Q Is that the position you currently hold?
**A Just transitioned into this other position.**
Q As a director of planning? Could we go back through those positions and sort of put rough time frames to the extent you're able to. You were in the Office of Financial Management in Dallas?
**A Correct.**
Q And can you tell me roughly what years that covered?
**A From approximately '88 to '94, '95, then was with the administrative center as director from '94, '95, right in that period through, I believe it was, the tail end of '99. I'm not sure on that date. '98, '99. And then established the finance center. It was an expansion of the offices there, and that**



**was -- I was helping establish it while I was administrative center director as well because it fell under our jurisdiction, finance did. So that was '98 to 2000 and then roughly 2000 to 2004 I think is when we did the transition under DHS.**
Q So from 2000 to 2004, you were the director of the carrier program?
**A Correct, carrier compliance.**
Q And then in 2004 approximately is when you transitioned into CBP?
**A Actually, it was on the transition team. Several of our staff migrated to CBP. I worked with the transition and the training of how to do it, how the process worked. There were a few of us from APHIS, C -- the old customs organization, the old INS organization, that did the orientation and the initial help to integrate it in.**
Q And when did you move back to ICE as the national finance manager?
**A Roughly April, May -- I didn't come prepared with all my dates.**
Q It's okay if you don't know exactly.



**A Roughly April, May, aided with -- and then fairly shortly thereafter, I think it was in June, began some work on the -- again on the national level with the transition of our -- as our financial -- as the finance director -- or the finance situation changed and the new management structure was set up, and then I was asked to act -- I didn't officially come into D.C. until later in the summer. I can't remember the dates.**
Q This was in 2005?
**A '4.**
Q And for how long did you hold that position?
**A It was an acting position, and it was just -- we hired the new director, and they came onboard May 31st, I believe, 2005. So roughly June, July, August through the following.**
Q And then in about May of '05, you went back to Dallas?
**A Correct. I was traveling back and forth in the meantime.**
Q Can you tell me during which of those time



periods you had any role in the user-fees audits?
**A In the audits would be when I was director of carrier compliance. So from 2000 to roughly 2004.**
Q Did you have any role in airline user-fee audits in any of our other positions?
**A No.**
Q And with respect to the user-fee audits that are actually at issue in this case, I understand you've had some role in the audit that covered the July '98 to June 2000 period; is that correct?
**A Correct.**
Q And this would have been conducted in presumably 2000, the latter half of 2000?
**A More than likely. I don't know the actual -- I haven't seen the files, the actual dates of the onset location would be in that file.**
Q And the next audit of American Airlines covered the period of July 2000 to December 2001. Were you also involved in that audit?
**A Correct.**
Q And the next one was from January 2002 through December 2002, that's the audit period, not

when the audit was conducted. Were you involved in that one as well?
A I would need to check the file. I would -- from recollection when we were at American, I also was at least present a day or part of a day.
Q Were you involved in any user-fee audits that were conducted after 2004?
A No.
Q And actually, not the current one but the one before that for American covered the period of January 2003 through June of 2004 and then was conducted subsequent to June of 2004. Were you involved in that audit?
A Not to my recollection.
Q Were you involved in any APHIS user-fee audits?
A I might have been present when they were on-site also conducting an audit.
Q What do you mean by "present"?
A In the office. I wouldn't have been working their papers with them.
Q So you had no direct role in any APHIS



audits, user-fee audits of American Airlines?
A Not during the -- no. I was going to say not during the period, but no.
Q No during any period?
A Any period.
Q Can you explain your role in the government's immigration user-fee audits of American Airlines.
A It would have been the same as with other airlines. And that was the management of the overall program: The support of the staff, the monitoring and review of the work papers, on-site support as was necessary.
Q Did you have any role in designing the audit or the audit procedures?
A No, I did not.
Q Who was responsible for that?
A They were designed -- the audit process was designed prior to my tenure with the carrier program, and I guess I'm not sure what to do here. I wasn't sitting at a table and have direct knowledge that someone worked on it. I have general knowledge of the



people involved working with it. So I'm not sure -- it would be general knowledge, no specific knowledge.
Q If somebody at the government wanted to change the user-fee audit procedures, who would that be, if you know?
A Now or during that tenure?
Q Well, let's start with during that tenure.
A During that tenure, INS was very open to any information, suggestions, recommendations from any airline, regardless of size or country. I would have definitely had influence, because the carrier program was -- compliance was within our program in finance to either initiate a study or to recommend changes. The director of Office of Financial Management would have had that same purview.
Q Can you think of any other individuals who had the authority on the government's side to change user-fee audit procedures during the 2000 and 2004 time period?
A The agencies at that time, USDA, Customs and INS, were all involved in the similar approach, utilize the same process. We typically attended the



international meetings together. We worked with the associations for the airlines. Any one of that group, any one of the agencies could have certainly suggested, recommended -- I don't know whether their chain of command, what that would have looked like. For my chain of command, my manager was Judy Harrison, who would have been very open to any recommended change and/or initiating a review of the process if that was necessary to consider expansion, et cetera.
Q Would Judy Harrison have the final authority of instituting process or procedural changes in the way immigration user-fee audits were conducted during the 2000 and 2004 time frame?
A During her tenure there, and I'm not -- Judy did leave INS. Within our management structure, she definitely had the final decision on Office of Financial Management policies and procedures and protocol and activities that we completed.
Q What was Judy Harrison's position or title?
A She was director of the Office of Financial Management. She held several positions, but that was the last position I believe that she was in.

17

Q Is that the same position you later held?
**A Acted in.**
Q Let me ask the same question for the subsequent time period. In other words, starting in 2004 until the present. Who has the ultimate authority on the government's side for changing the immigration user-fee auditing procedures?
**A I don't have knowledge of that at this time. I'm not associated with it. So I don't know the structure or the process.**
Q During the audits that you were involved with, did the field auditors report directly to you?
**A For INS, yes.**
Q And you mentioned that you worked on audits of other airlines as well. Do you recall which ones?
**A A good number of them. I don't think I could give you a litany at the moment. But we definitely worked with the United -- well, all the major -- I mean, I would just be taking that off the top of my head right now.**
Q Well, can you tell me approximately how many audits you conducted a year.

18

**A In the first year or two, I believe it was 25 to 50. And I could be mistaken, but I believe in the last year it was 50 plus.**
Q And was your role in connection with each of these audits essentially the same?
**A Yes, in the -- yes.**
Q When the government conducted an immigration user-fee audit of American Airlines, did American Airlines have any choice about whether or not it was audited?
**A Well, that would be twofold. Yes and no. What they could tell us is that this particular time frame is not conducive to business for us, can't you delay it until next year. They -- whether or not we wanted to review their activities, it was the government's desire to review their activities. We would certainly work with them on, if a period of time, and whether that was conducive whether they had -- whether their staff would be available to work with us or whether we would be on-site waiting for someone to talk to us at the end of the day.**
Q I'm not so concerned with the specific

19

time, just with the fact of whether or not there would be an audit. Is that something an airline could opt out of?
**A I guess my answer would have to be we didn't have that occur. We would have still had an interest in reviewing the airline, but actually, there was a -- the request could have been made. We didn't have one that I recall.**
Q Do you have any opinion as to what would have happened if American Airlines called you up in 2000 and said we just don't want to go through these audits anymore ever?
**A We would have engaged in conversation. We would have involved they and our organization and the other organizations and gone through a process of discussion of what the concerns might be, what the issues were. It was a very open environment. It was what we used to term as partnership.**
**We each had a role in the process. The government and the airlines had a role in conducting and getting folks into the United States. And in that role, we had the authority, and I can't quote the**

20

**regulation to you, but we had the authority to then review the records to determine if the fees were being collected. We certainly would have been interested in their concerns.**
Q I guess what I'm trying to get at is, if the government decided, Well, we want to conduct an audit, it doesn't have to be this week or this month or this year but we want to conduct an audit sometime over the next two years, and American Airlines said, No, we don't want to let you do that, who wins that argument?
**A Actually, I wouldn't be the person to answer that. It would have had to go through, and they would have ultimately had to talk to the agency and the -- anything I could tell you would be speculation.**
Q I guess over the four- or five-year period you were doing this at somewhere between 25 and 50 plus a year, you've gone through something in the neighborhood of 200-plus user-fee audits?
**A Those numbers would work out roughly to that. I don't know without looking.**

Q Has the government ever agreed not to conduct a user-fee audit of an airline, again not for a particular time period, but said we just won't conduct an audit at all?
A **Not to my recollection.**
Q Once the government was auditing, let's say, American Airlines in connection with immigration user fees, did the airlines have any choice about whether or not the government would assess liabilities for uncollected user fees?
A **The government would -- our role was to review the activities, and if a potential error were found, it would be given to American or the staff and asked for an assessment, could this person -- this ticket was responsible to have a fee. And then it would be up to American -- we would not say this was collected or uncollected. We would say this is a potential error, and before an error was assessed, American would have an opportunity to complete any type of investigation on that ticket, tell us it was a co-share, and we set it aside to check out that other airline that was involved.**



Q In such a situation, at the end of the day, who decided whether or not something would be a confirmed error?
A **A confirmed error might take several months. The airlines were given much latitude within their process to go back even to the originating agent or office that originated the ticket. Sometimes they would tell us here's our response, yes, this is an error. Sometimes they would say we need another month to look into this. So they would confirm back to us that it was an error. They would take the potential out of it.**
Q What if American came to you and said, Well, we don't think this particular ticket is an error, and the auditors for the government thought it was an error, what would happen in that instance?
A **American would be asked for or an airline would be asked to provide the information.**
Q Let's say they did that and there was still a disagreement about whether or not a particular ticket constituted an error.
A **It would -- the auditor would most likely**



**contact me, and we would review the activities, go talk to the airline. Off the top of my head, I'm not -- if there was information regarding the collection or the activity that the airline took with it, that was what was used to determine whether there was an error or not.**
Q Who would make that final determination? Would it be you?
A **In conjunction with the airline typically. This was not an arbitrary capricious situation. It was very much a walk-through, talk-through process.**
Q I understand that. What I'm trying to figure out is, if there's a disagreement, the airline thinks one thing, the auditor thinks something else, who decides, if they can't come to an agreement?
A **If the auditor and the airline could not come to an agreement, again, typically they would contact me. We would work with the airline. If we were not able to satisfy a final decision during the finding period or the audit period, we would exclude that from the results while additional activities were going on, and we would negotiate then with what does**



**become the final answer.**
**Certainly any airline could have taken it, and I would have bumped it up to my chain of command had there been additional issues.**
Q That's what I'm trying to figure out. Let's say it goes all the way up as high through the chain of command as it can get, who makes the final determination as to whether something is an error or not or who is the authority to do that?
A **Well, certainly the government -- this would be my speculation. This is speculation. It did not occur that I have easy recollection of. Ultimately, it would have gone up, I'm sure, to counsel for a decision.**
Q What do you mean by "counsel"?
A **It may have gone up to -- we would have probably asked for a legal counsel review of it.**
Q Government legal counsel?
A **Correct.**
Q And that would have been the final determination?
A **The government -- you know, I don't know**

if -- I don't know how to answer that. We just didn't have that. I don't know. I'm at a loss.
Q You never had a situation where an airline thought a particular ticket shouldn't be in error but the government auditors did?
A Yes. Most -- I mean, yes.
Q How was that -- how were those instances resolved?
A Again, it followed the process. If there was a question, they would engage in conversation with the airline. If the two didn't meet, a very small, maybe, trickle, I might be involved in at the next stage of a discussion. We would discuss what the evidence was that the airline had. I would discuss that with the airline. It wouldn't be separate and apart.
In some cases, for example, if an airline was able to demonstrate or we actually -- many times we would find that there was an unusual situation in the context of the audit where, for example, the airline might have an office that made repetitious mistakes for the audit period, and as an example, if



that segment of the population were added into the whole, the error rate for the airlines would have been extrapolated and come out at a higher rate. And we would set that aside as a separate finding.
Many times we would bring that to the airline and suggest that we felt that it was more appropriate to segment, segregate those findings, and we would negotiate with them. If the airline wanted to bring the same type thing, we have an issue, we're aware of it internally. You have now come across it. When is our latitude here? Then we would work with them on that.
Q Who would tell the airline what the latitude was? Was that the auditors themselves?
A The auditor would do that. I would do it. They had much discretion to work with the airline. As I said, it was partnership.
Q Are you aware that the government in this case, the American Airlines' case, are you aware that the government has asserted certain affirmative defenses?
A Generally. I have read the three



Interrogatories, I guess.
Q It was four.
A Four. And from my layman -- from my layman approach, I read it. I have not discussed it with anybody that would have a -- maybe a more specific understanding of it.
Q Do you understand the gist of what the government is arguing in a factual sense?
A When you said do I understand the gist of it, I was ready to answer yes. When you say in a factual sense --
Q By that I only mean what actually happened as opposed to -- I'm not asking you do you understand the case law that determines what a valid affirmative defense is. I understand that's obviously not your role here.
A It would be helpful to me if you would give me a specific and say does this or that make sense, if you can do that.
Q Sure. I think we're going to go through some of this stuff, and perhaps we'll come back to the bigger picture.



A Okay. Are we about to jump into a lot of paperwork right now?
Q I don't know about a lot but some.
A I would say in the next 10 to 15 minutes, I would like to take a break.
Q Whenever you're ready.
A If now is a real good time before you pull out paperwork, I would just as soon not interrupt your flow.
(A brief recess was taken.)
(Deposition Exhibit No. 1 was marked for identification and attached to the transcript.)
BY MR. FEINBERG:
Q Ms. Blessing, let me show you what's been marked as Exhibit 1. Can you identify this document.
A This appears to be the declaration that I provided in this case -- well, the top of it says it's my declaration. So I'm familiar with the first part of this -- the first -- Page 1 through 6 that says it's the declaration of Barbara Blessing.
Q Are the remaining pages the attachments or exhibits to your declaration?

A I have not seen -- obviously, as I look through several of these, have my signature on them. They appear to be the data from the period of time. Without looking through everything, it appears that one is an inspection user-fee report. It looks like it was issued under my signature. I have not seen these, other than I'm looking at them again now. I haven't seen them in a few years.
Q I ask just if you would look, for example, on Page 2 of your declaration. At the end of Paragraph 6, it refers to attached Exhibit A. Are the documents that are attached here the exhibits to the declaration that you signed?
A I was aware that -- see attached Exhibit A P4. So Exhibit A -- I don't see the numbering scheme behind there. Am I missing that? For example, I think you took me to see attached Exhibit A, Page 4.
Q And then if you turn to the page that says 23 at the bottom.
A Okay.
Q Is that the document you were referring to?
A Yes. This would have referred to the



actual audit and finance.
Q Take a look at the page in this packet that has Page 7 on the bottom. And just for the record, the numbers at the bottom, I believe, have been added by the government. This set of materials was taken from the government's appendix in the summary judgment filings in this case. So they were presumably not on the original documents. I just want to let you know so you're not confused.
A Okay.
Q If you look at the page that's marked 7 on the bottom, can you identify that document?
A Yes. If all the pages are of the original exhibit, yes.
Q This letter goes from Page 7 to Page 11?
A I would agree. I know what that is, yes.
Q What is it?
A It is our letter of confirmation after having dealt with the airlines verbally or dealt with them -- communicated with them verbally the dates of the audit and the period that would be reviewed and the specific activities that would be encompassed



within that audit.
Q And did you draft this letter?
A Did I draft this specific letter?
Q Well, let's start with that.
A I drafted a template that our staff would utilize, and then our staff worked directly and discussed the various activities within the letter and confirmed -- there would be a series of communication back and forth between the staff. And as I then -- as the staff submitted their draft for signature, I walked through with them to understand -- to make sure of the contents and the support documents for it.
Q You created the basic template; is that correct?
A In conjunction with our staff, yes. I mean, I was the responsible party.
Q Take a look at Page 4 of the letter which I believe is marked Page 10 at the bottom. Do you see that?
A I'm on Page 10.
Q The last paragraph says, "As mentioned, the review will cover the period from July 1st, 1998



through June 30th, 2000." Do you see that?
A Yes.
Q And then one sentence below that it says, "However, INS retains the right to review and assess liability on areas of partial, sporadic or non-remittance of the IUF fee for a period of the past six years."
By the way, IUF fee is the immigration user fee?
A Correct.
Q What does that last sentence mean?
A The government's ability to collect on an activity, the debt remains open at that time for seven years. And so what this was --
Q I'm sorry, six or seven?
A Well, we were looked at the past six years because then the year older than that would be the seventh year. So in those six years. We placed this in the letter to assure an understanding or ensure an understanding, and that if the airline was aware of areas of non-remittance, et cetera, they could voluntarily disclose that, as well as if during the

audit we found something that had a questionable length of time in which the issue was available, we would potentially look further into that.

Q I see. Does that mean that even though this audit covered July '98 through June of 2000, if during the course of the audit the government auditors found an error, let's say, from 1997, they could incorporate that into the audit and make an assessment for that?

A If what we -- if we found -- for example, this would be an example. If an airline produced evidence in the course of the review that this particular fee, from whatever the situation, had never been remitted, then those funds actually were not for the benefit of the company. They were to pay for the specific services, inspection, et cetera, services that that person paid for. So those fees would be expected to be remitted and could become a portion of the audit itself.

Q Even though they're from a period of time prior to this specific audit period?

A This specific audit period is the period of



time in which the flights would be generated from, the flight statistics and the activities. And typically, they were in units of time.

Q I take it your answer to my question is yes?

A Ask your question again.

Q That if the auditors detected an error, in other words, an unpaid user fee, that was from 1997, they could still write up the airline and make an assessment for that, even though this audit period covered '98 to 2000?

A They could certainly open that area and ask for additional information. And if, for example, the airline were to -- an example might be we didn't pay this fee. We just got the runs in from '94 to '97, and yes, it could become apart of the discussion and part of the ultimate finding.

Q Even if there had been a prior audit that covered 1997?

A The audit -- this is different than the specific flights and the statistical basis from there. This would not -- if this were reopened or if this



area were opened, it would definitely have to make sure -- it would have -- go through a review to ensure it had not been a prior audit issue.

In other words, if you had say a carrier said we have not remitted for X, we'd make sure that X had not been a portion of the prior audit. There had not been -- and we would look at what X was, the universe of the X.

Q What you're saying, you want to make sure you don't write up an airline for the same error twice?

A Correct. The government's desire was to collect the -- every head, every person count that came into the United States had a service provided.

Q But other than making sure that you're not finding the same error twice, the government might find an error associated with a prior audit period and write it up in the current audit period and make an assessment; is that correct?

A The books on the old audit wouldn't be open to say was the error rate accurate in that and in that sample find another item that could be an error. What



this is -- this is more looking outside of the context of the sample. It's looking more at areas, for example, if a carrier came to us any time throughout the year, whether they were being audited or not, and said we have detected that we have not been paying the fee, then we would deal with that particular issue.

Q Even if it was from a prior audit period?

A It always allowed for the last six years.

Q Do you know why that language is in bold and italics?

A Simply to draw -- there were two things in italics. I can't -- in this -- in both of these particular cases, it was just to draw attention. The rest of it's in particular font, and it just draws attention to it.

Q Was this particularly important?

A It was an encouragement to the carriers to self-disclose -- remember, this fee was not revenue for the carrier. The fee was specifically for the services provided and based on the government's regulatory language.

Q Did the government expect the carriers to

self-disclose?
A It was an option, and many did.
Q Where did the six years come from?
A That -- I believe, if I remember correctly, right now it would have to go back to the Debt Collection Act of 1982, I believe. That's -- I don't have those work papers in front of me. As I recall.
Q Is the idea that six years is the legal limit on the time you can look back?
A For debt to be -- the government can collect on that debt. I can't tell you all the legal ramifications at the moment. The idea -- the information there is -- again, it's -- again, if you go back to portion sporadic or non-remittance, it goes back to were there fees that should have been paid to the government that weren't. And the airline becomes aware of them or we become aware of them.
Q I'm just concerned with why it's six years as opposed to eight years and understand the concept.
Is it your understanding that that's based on some law or other legal requirement that says you can't go back more than six years?



A I don't have my work papers in front of me, what the basis. I believe it was the Debt Collection Act of 1982 at that point. It's my general recollection.
Q Does the government have any regulations or other guidance regarding the time periods it can audit in connection with the immigration user fee?
A I'm not sure. Maybe I don't understand your question.
Q Well, there are regulations regarding the immigration user fee, correct?
A Correct.
Q Do any of those regulations specify the time periods that the government is entitled to audit for, to your knowledge?
A To tell you the truth, I'd have to look back at the regs at that particular point in time. I believe they -- I'd have to look at those. Typically, there's a tie together between all prevailing law.
Q Other than the regulations, is there any policy in your office that you know of or can remember that provides the government with guidance on what



time periods it can audit in connection with the immigration user fee?
A Well, that's what I was trying to get at. When we developed the template for this, we reviewed the prevailing rules at the time. Again, some of this was -- this template was developed during my tenure. The audit itself was developed prior to my tenure. But we used the prevailing rules and law and where -- I'm trying to help out here and answer. I guess I need to just let you talk a little bit and tell me more of what you're looking for.
Q I appreciate that. You're right along what I'm looking for. I'm just trying to figure out what were those prevailing rules that you refer to. You mentioned the Debt Collection Act. Was that it, or are there some other rules or policies or anything like that that you were relying on when you wrote this?
A To be quite frank, I can't remember all of it at this time. I remember the prevailing regulatory language at the time being the INS regulation, the Debt Collection Act.



Q Do you know if there are any regulations or guidance on when an airline can challenge a government audit assessment?
A A specific regulation?
Q Either regulation or manual or policy or anything.
A It was prevailing information provided to the airlines at the conferences, in communication with them. I can't take you to a policy book, but certainly it was the prevailing information.
Q What was the prevailing information with respect to when an airline should challenge an audit assessment?
A The airline could challenge it at any time during the review itself, after the letter of findings. Remember, again, in a partnership, what's happening through that course of time is the -- actually, the airline was typically sitting with the auditor and looking through the flight coupons at the same time the auditor was and times the airline would say, Oh, I want you to look at this one. It looks like this is a potential error.

41

So the auditor definitely then had to take that as supporting data, look at it. If the airline -- for example, if the letter that the office sent out that indicated a liability, it could be challenged at that time. It would be challenged all the way up to payment typically. I mean, if an airline didn't feel that the liability assessed was appropriate, and I talked to all of them typically on a regular basis before I submitted the finding letters. And in particular with American, we were in tremendous -- a lot of communication with them, with other airlines.

Q Could it be challenged after payment?

A I guess the question that I would have in that is why would somebody pay something that they didn't feel they owed. And again, in that process, the airline had the opportunity throughout the process to provide anything for the record, the audit record. They produced most of it.

Q That's not really my question. The question is, could the airline challenge it if they wanted to, for whatever reason, after payment?

42

A I can't tell you the legal aspects of it. From working with them and having worked with American, I would be surprised that they or any other airline would pay something and then say, Oops, we didn't mean it.

Q Is there any government regulation or guidance, policy or manual or anything else written that prohibits an airline from challenging an immigration user-fee assessment after the time of payment?

A You're way out of my span. There's a lot of rules and regs that I would not be able to speak to.

Q How about during your time period, anything that you know of?

A I think we're probably past my -- as a program director, I had a strong interest in working with the airlines and ensuring the ongoing relationship, et cetera. I didn't have it occur. Again --

Q My question wasn't whether or not you had it occur. It's simply, are there any regulations or

43

written policies or manuals or anything that you know of created by the government that states that an airline cannot challenge an immigration user-fee assessment after the time it makes the payment?

A I would say that's out of my purview. They --

Q Do you know? Do you know of one?

A I don't know of one, but I would also be limited in scope.

Q I understand that one might exist that you don't know of. All I'm asking is what you actually know. Do you know of one?

A I do not recollect one at this moment. Again, that's a short span. I mean, that's a short area of data.

Q Do you know of any government regulation or policy or manual or other written guidance that states in any sense when an airline should challenge the user-fee assessment?

A I can't recall the specific standard operating procedures of the time as far as the written procedures. But the auditors were asked to engage in

44

conversation with the airline, to encourage their understanding of the process, to encourage if they disagreed at any point during the course of all the activities that we did together that they raise those concerns.

Q I'm thinking of something that American Airlines might have seen, like a public regulation, a policy that it sends out or posts on the government's website or anything like that.

A I have to say I don't know.

Q How about the same question with respect to how an airline should challenge an immigration user-fee assessment, any written policies, regulations or guidance on that question?

A It's been several years. So I can't speak to what the particular standard operating procedures were. I know we had a small guide at the time that told the airlines -- gave the information to the airlines on the general fee structure.

Q Did that include any information about how an airline should challenge --

A I don't recall specifically.

45

Q Take a look again at Exhibit 1 and turn to the page that's marked 23 on the bottom.

**A You know, maybe if I could -- okay. Can I add one -- with the specifics of American, John Parente, who I believe many of these letters were written to, was the director of the state and local taxes. He and I had many conversations over the -- over his tenure or my tenure with the organization because he was involved with the advisory counsel. He was in IATA. I ran into him all the time besides audits. He told me it was typical frame of business at American that they set aside a million dollars that they assumed that they had errors, omissions in their collection processes. They acknowledge that their financial system was not well-tuned at that point and that he expected errors.**

**Even with his statement that it was set at a million dollars, the goal was to find out what the assessment actually needed to be, and if it was a zero assessment. There were audits that found funds to go back to an airline. There were audits that found zero liability, and there were audits that found liability.**

46

**So the conversation was ongoing from each of the agencies or from our agency to ensure that the airlines were very aware what the goals of the audit were, and I told them all the time either let us know if you have a concern, produce the information.**

**And again, the liability didn't come out until they were satisfied that they had provided the data and that was part of our discussion with them, are they satisfied now that we are at the framework of liability that you feel appropriate.**

Q When you say satisfied that they had provided the data, is that satisfied that they had provided the data to the government so the government could see the full picture and make the proper decision?

**A Right. They participated in that.**

Q Who's "they"?

**A In the case of American, if we were working on the flights and they were looking up whether their staff first detected it or our staff first detected an issue, they would then go research that and provide information back.**

47

Q So when you say they participated in it, you mean the they is American Airlines and the participation is looking for and supplying the data?

**A Yes, in some cases. In other cases, they gave us access to their system and said you research it. We can't find it. You research it. And many times we were able to find additional evidence that the fee had been paid, collected and paid.**

Q Was that all you wanted to add?

**A I'm sorry.**

Q Take a look at Exhibit 1, pages marked 23 at the bottom. From Page 23 to 27, it appears to be a five-page letter. Can you identify that document?

**A This letter appears to be, again, confirming that INS and American had been in discussion and that the dates for the audit, the time periods and the particulars were agreed upon and this letter confirmed that. I would point out that these letters went in draft to the airlines.**

**Typically, the airline received it in draft, marked it up, made suggestions. They selected the flights and/or suggested the flights. We would**

48

**give them a period of time. American -- their system didn't -- they asked for a different -- more frequent audit because their system didn't go back but nine months. So American particularly, as well as other airlines, received this draft, and then we would walk-through it with them, our staff would walk-through it and say, Okay, we agree on No. 2. Here's the flights that American would suggest for the review.**

Q When you say that American marked it up and provided its comments and things of that nature, are you referring specifically to the numbered items which are the data that the airline would supply to the government?

**A They got the whole thing as a draft. They got the template as a draft and --**

Q I'm just trying to figure out what is the part that the airline might mark up?

**A They could comment on any part of the letter in draft.**

Q Take a look at Page 4 of the letter which has 26 on the bottom. Then towards the bottom, one

paragraph up from the bottom, it says, "As mentioned, the review will cover the period from July 1st, 2000 through December 31st, 2001. However, INS retains the right to review and assess liability on areas of partial, sporadic or non-remittance of the IUF fee for a period of the past six years." That's the same language we saw from the last letter?
A **I'm looking, but it sounds, if not word-for-word, very close to it.**
Q I think the last letter there was a sentence between those two sentences that I just read; is that correct? It's the same language?
A **Yes, I haven't compared word-for-word. But yes, it sounds like the same language.**
Q And did it have the same meaning in this letter as it did in the prior letter that we talked about before?
A **Yes. The goal is to make them aware, yes.**
Q And was this language included in all of these pre-audit confirmation letters during your tenure at least?
A **It would have been the standard. Without**



**seeing every letter.**
Q I guess what I'm getting at, it's part of the basic template that you created?
A **It's part of the template that went out in draft form but for every audit.**
Q Take a look at the next page that has 27 at the bottom. The very top of the page, it says, "INS is authorized by federal statute (Debt Collection Improvement Act of 1996) and regulation (31 CFR 901.9) to assess and collect interest and penalty amounts in addition to principal on debts owed to the INS."
What is the Debt Collection Improvement Act of 1996?
A **It's the prevailing debt collection policies, the governing regulatory language -- part of the governing regulatory language. It's, as I remember, a later iteration of Debt Collection Act of 1982.**
Q Let me show you what's been marked as Exhibit 2.
(Deposition Exhibit No. 2 was marked for identification and attached to the transcript.)



BY MR. FEINBERG:
Q Do you recognize this document?
A **I see the citation.**
Q The citation being 31 CFR 901.9?
A **Yes.**
Q That's the regulation that you referred to in the letter we just read?
A **It's the same number, yes.**
Q This refers in the second line to 31 USCS 3717; is that correct?
A **I see that, yes.**
Q Is that the statute we're talking about, the Debt Collection Improvement Act?
A **I don't know the number of it, of the DCIA.**
**(Deposition Exhibit No. 3 was marked for identification and attached to the transcript.)**
BY MR. FEINBERG:
Q Let me show you what's been marked as Exhibit 3. Can you identify Exhibit 3?
A **I see that this is 31 USCS 3717.**
Q Do you recognize this statute?
A **I am missing the title in here. I see it's**



**money in finance, subtitle financial management, subchapter claims of the United States government. I see that.**
Q It may not have a title. Sometimes statutes don't literally say the informal title. But aside from the title, do you recognize the contents of this federal statute?
A **Without reading them, it's been a long time -- if I've ever had this document. This is copyright 2007. So I would have not seen this iteration. It's in LexisNexis. So I'm not sure I would have seen this iteration.**
Q Can you tell whether this is the statute you were referring to. I realize this might be a later iteration.
A **I would have been referring to -- we would have been referring to the data from that time period. We would have gone back to the original Debt Collection Act -- Improvement Act of 1996.**
Q You don't know whether Exhibit 3 is that act?
A **I don't know if this has had any later --**

53

since 1996, if it's had any additional. Without setting them side by side and reviewing, I don't know if this has had additional or later amendments or anything added to it.

Q Just for your benefit, I don't believe it has. The amendments are listed on Page 3 of Exhibit 3. It looks like it was amended in 1996, but that's it. I realize you don't know whether it's actually been amended or not.

Assuming for the moment that it has not been amended, is this the statute you were referring to in your letter in Exhibit 1?

A We were referring to the authorities, particularly to the Debt Collection Improvement Act, and it was -- the debt collection organization of our agency and their authorization under the 31 CFR 901.9.

Q In your letter that we were looking at, were you referring to the version of the act that was in place at that time, 2002?

A Right. We would have been working within the information from our Debt Collection Center that would have authorized their activities.

54

Q I see. Did the Debt Collection Improvement Act apply to the government's immigration audit assessments of American Airlines?

A In what -- I mean, tell me specifically what you're asking. I don't know. I don't think I understand the question. I understand what you're saying, but I'm not sure what you're asking specifically.

Q Well, the question is just does this act apply to this type of situation? By that, I mean, an immigration user-fee audit and the resulting liability that the government assesses against an airline.

A Yes, specifically to assess and collect interest and penalty amounts.

Q Take a look back at Exhibit 1, your declaration, at Page 41 on the bottom. It looks like Pages 41 through 45 are a letter dated February 28th, 2003; is that correct?

A Correct.

Q That you signed?

A I'm getting there. It looks like my signature, yes.

55

Q And can you identify that document?

A It again looks -- I mean, it's a letter that is confirming to American Airlines that after discussions over all of the data that was discussed in draft that this would be the contents and time period of the audit. So it's confirming that.

Q Take a look at Page 4 of the letter. It says Page 44 on the bottom. The very last paragraph starts, "As mentioned, the review will cover the period from January 1st, 2002 through December 31st, 2002. However, INS retains the right to review and assess liability on areas of partial, sporadic or non-remittance of the IUF and PPF fees for a period of the past six years." Did I get that right?

A Correct.

Q Other than adding the PPF in addition to the IUF, this is the same language that we saw in the prior two letters?

A Correct, near the same, yes.

Q And does it have the same meaning that you previously discussed?

A Yes.

56

Q By the way, what is PPF?

A It's in that first paragraph on Page 41, bottom page, customs passenger processing fee.

Q That's another user fee?

A Correct. And I would add that, if I didn't say it earlier, I'm sorry, that this sentence is allowing the authority again for an area that was not dealt with in the audit prior or the airline disclosed. We have found an area that you haven't audited and we've detected particular issues with.

Q Did the government have any policies or practices regarding charging airlines interest in connection with immigration user-fee assessments?

A As -- that's very general. Are you talking about the liability assessment?

Q Correct. I'm talking about the liability assessment that results from an audit.

A The liability assessed from the audit, the airlines -- we haven't looked at those letters, but there's, as I remember, a statement in there about a period of time in which there would be interest free and then -- so there were -- that was established

57

**through that letter and through the operating practices.**
Q Other than the letter, what are these operating practices that you're referring to?
A **At the period of time, again we had a -- the standard operating procedures and protocols within the Office of Financial Management for immigration user fees.**
Q Were these written procedures?
A **Uh-huh.**
Q Is that a yes?
A **Yes. I'm sorry.**
Q And are those internal, or are they distributed to the airlines?
A **Well, standard operating procedure in this case was open to the public. There was nothing secret about it. It was part of the general protocol. We would also meet with the airlines on a regular basis and the IATA advisory. We would do presentations of what the audit activities were. They could provide questions, comments to the advisory council that was -- they met with the, as I remember, either the**

58

**commissioner of INS or the assistant commissioner. They could produce questions, anything they wanted to.**
Q What, if you recall, was the government's policy with respect to charging interest on immigration user-fee assessments?
A **On the liability -- are we going to go to those letters?**
Q I just want to know in general. We will take a look at those. If you recall, what's the general policy?
A **I would rather go to the specifics to tell you the truth.**
Q Does that mean you don't recall?
A **I recall generally that we provided them a period of time and recommended that we would provide a period of time in which they could provide the payment and there would be no interest. If --**
Q If they made payment within that time?
A **Yes. Now, if they had a disagreement at that time and we reduced -- not reduced but set aside apart of the liability for further discussion, we would not charge interest during that time either.**

59

Q Let's take a look at these letters. I don't mean for this to be a memory test.
A **I just do a lot more -- a lot better with specific data in front of me.**
Q Take a look at Exhibit 1, the page that's numbered 12 at the bottom.
A **Okay.**
Q This appears to be a two-page letter dated November 28th, 2000.
A **Correct.**
Q From you?
A **My signature, yes.**
Q Is this the letter you were referring to?
A **Correct. This is the letter that would go -- that would provide the financial liability. In this case, it's telling them it does not include the interest and penalties.**
Q When you say this provides the liability, this is a cover letter to the actual audit report itself that you sent to the airline?
A **I believe this says attached. Let's see.**
Q It looks like the first sentence.

60

A **Yeah, attached is, there you go.**
Q And then that audit report immediately follows the letter starting at Page 14 of Exhibit 1?
A **Correct, it appears to.**
Q Does this letter refresh your recollection with respect to the government's policy about charging interest in connection with immigration user-fee audit assessments?
A **This is reflective of the INS activity during that time. It was not our desire to receive additional funds. It was the desire of the government to receive the funds for the passengers transported and receiving the services.**
Q When you say this is reflective of the INS's policy, what was the INS's policy?
A **For the specific liability was that there would not be interest upon notification out for the 30 days.**
Q I just want to make sure I understand what you just said. The government's policy was that it would not charge an airline any interest as long as it paid the liability within 30 days?

61

A This --
Q Is that right?
A Yes. However, if, for example, John Parente had come back and said we found additional information of the $412,000 owed, we have some question about $200,000 of it, can we reopen that, we would have then written and said we have agreed to look further. We would have held to the first agreement, but we would not, while an issue was open, we did not charge interest as an example.
If part of this $400,000 went back to 1998, we didn't charge interest from 1998 until November 2000. We didn't find the liability and then add interest and penalty to it and then give them the liability. They collected the fees, the data that they provided, that yes, they agreed with the error rate in something in 1998, we dealt with those as basically whole numbers without any addition to them. And then this letter went further and said we're holding firm with that for the 30 days from the date of this letter, and yes, that was the policy of INS.
Q I think we're saying the same thing.

62

A I think we might be.
Q I just want to make sure. The gist of it is, after the audit, you issue an assessment, being this letter along with the audit report, and if the airline pays within 30 days, they are not charged any interest, 30 days from the date of this letter?
A Correct, as action one.
Q And then the only exception to that is if there was some open issue that still hadn't been resolved, you wouldn't charge interest with respect to that until that issue was resolved?
A Correct. If they opened up a new issue or had additional data they wanted to provide.
Q And were there any open issues or anything like that in connection with this particular user-fee audit?
A It would have been listed in this letter. In this particular case, what the data that you have given me is showing basically the audit occurred, communication occurred back and forth between all of the parties, the data that American provided in response to the audit activities.

63

Q So there weren't any?
A Without reading all of the -- there's a review of the findings. Without reading all of that, the letter, as it stands, appears that the issues at that point were resolved. I don't see any outstanding issues in the letter, but I haven't read the report in a lot of years.
Q Assuming that's the case, that second part of the policy is not applicable, is that correct, to this particular situation?
A If American had an issue and they felt that any part of -- I guess I need to be clear on this. They felt that any part of the audit was not fair, equitable, reflective of actual findings, they had the option at any time during the audit, at any time from the issuance of this letter, to the payment to say we protest, we disagree with this amount and ask for a review of that.
Q And you would not have charged interest in that situation?
A Not until it was resolved and the resolution went out in letter form.

64

Q My last question was simply, that didn't happen with respect to this audit that covered the 1998 to 2000 time frame, correct?
A I can say without reading all the materials that support it, that this letter doesn't seem to indicate that there were any issues that American had raised.
Q In general, what was the purpose of sending this letter?
A To -- as it states, to report on the review and the liability findings, if there were any.
Q Was this the first communication -- let me start over.
Was this the first written communication to American Airlines of what the liability finding was?
A I would strongly doubt that, because the auditor worked in conjunction, and particularly Mr. Schulman was very precise and provided lots of information to the airline on the number, the activities, what it would result in liability, all through the process. They -- all of this was public record. We didn't -- we constantly made the airlines

**aware, given this area, this is what the liability is anticipated to be, do you have any additional activities. There was tremendous amount of disclosure.**

Q I fully understand that. That's not really what my question is. My question is, at what point did you -- did the government communicate to American Airlines, Okay, we had all of our back and forth, you supplied all of your information, now here's our formal finding, it's $412,855?

A **That would have gone on from the period of time from that September -- is this -- if this is all the same audit.**

**If you go back to Page 7, bottom of Page 7, it discusses that this audit will be for the period of July 1, '98 through June 30th, 2000, that the auditor will be on-site September 18th through 22nd. That -- prior to that date, prior to September, American was providing data on the flights, on the support, pulling all -- they knew every single person that would be looked at. They suggested the flights.**

**If you look on Page 8, all of those**



**flights. They recommended those flights. They began to produce the evidence for those flights. They would produce -- when the auditor arrived, they would have them all neatly stacked with what they had reviewed and what some of their findings were. The communication would have started then and would have then proceeded on through the November time frame, in which there would have been back-and-forth discourse over all of the activities of the audit, any -- there would have been an extrapolation shown to them. They would have been given the equation. They were provided all of that data. They would have known informally all the discussions on e-mail and other things, formal means of communication, and then this letter would have culminated all of that discussion.**

Q I appreciate all that. But --

A **Have I not answered the question?**

Q Not really. All I'm trying to get at, I understand there's lots of back and forth. When the auditors showed up in September of 2000, they didn't know that the liability finding was going to be $412,000, did they?



A **Correct.**

Q They had to do some work?

A **Correct.**

Q And then there was some back and forth with American Airlines?

A **Correct.**

Q And American supplied some more data?

A **Correct.**

Q And sometimes that might have changed what the tentative liability finding would be?

A **Correct.**

Q Somewhere down the road, the government finally says, Okay, we're done. We've looked at all the information. We've heard everything American has to say. We've come up with a final liability finding of $412,855, correct?

A **Correct. Now, the addition to that would be that it was not an arbitration, we're done. It was negotiated. Are we finished?**

Q I guess, obviously, that happened sometime between September and November. It's a relatively narrow period of 2000, correct?



A **It would have happened before November 28th.**

Q I guess what I'm trying to figure out is, approximately at what point did the government tell American, Okay, we all agree we're done, the liability finding's $412,855?

A **At what point would they have been told? They would have been told that before this letter came out.**

Q They would or would not?

A **They would have been told.**

Q Approximately how long before?

A **Given that November 28th is probably right after Thanksgiving that year, it would be speculation on my part, but week, two weeks prior to that. They would have again known all the time because all of this was laid out. So I'm not sure I understand the question. But they would have been given this information up to -- and normally if this was a workday, up to the day before this letter went out and in communication with them.**

Q I understand they get information along the

69

way, and they may know sometime before that it looks like it's going to be close to this and maybe at some point --

A It may have been higher than this during the periods where the discussions -- I remember this was my first meeting with John Parente in this process, and he considered that fair and equitable. He told me that, reflective of what they owed the government. That's when he made the statement -- probably one of the first times when he made the statement we thought we owed you a million. I said, "Well, do you want to give us" -- I didn't.

Q I guess is there some formal purpose of this letter?

A I think it's stated there. It's the report of the review and the liability finding.

Q And it says that the airline won't be charged any interest if the payment is received 30 days from this letter?

A Correct.

Q I take it that there wasn't any prior letter sent, let's say, a week before that said your

70

final liability finding is $412,000. This is the first sort of formal notification that American Airlines received that the actual liability finding was $412,855?

A This would be the one under my signature. They would have received, yes, all sorts of communication that would have told them that the finding was 400,000 -- they would have received it back and forth from the auditor.

Q Exactly this amount?

A They would have been shown all the basis for the -- we only had liability based on findings that were negotiated and worked with them. We didn't pull any -- we didn't have a surprise amount that we added in.

Q I get that. I'm just trying to figure out whether you ever sent them a letter that said that -- said we're done, the amount is $412,855, or is this the only such letter that we're looking at?

A This is -- I don't know how to answer any other way. This is the letter that said we finished. All that is part of the review. It's attached. They

71

had already received this in draft form. They were able to comment or make adjustments or suggest adjustments to any part of the findings. They would have received that draft from the auditor. So it would have been a formal back and forth communication. They would have received that from September through November. In fact, when the auditor left, they left a -- one of our activities when we left the site was to leave the potential liabilities and all of the activities that supported that.

So from the date that this audit ended on September 22nd, they were provided a format, for lack of a better term, that provided them the full activities of that audit and what the potential assessed liability was at that point.

Q But that potential liability might change if there was additional information found?

A They were asked to provide any information that would allow that liability to be increased or decreased.

Q Do you know, in connection with this liability assessment that we're looking at, whether

72

American paid within 30 days of this letter?

A I don't have recollection of that at the moment.

Q Do you know whether it paid the full $412,855?

A We didn't ask them for a check that was paid outside of my office to another office. So I don't have recollection at the moment. Certainly, what was paid and when it was paid would be a part of the record of the agency, depending upon how long the agency has to retain those records.

Q In your view, did the government and American Airlines reach some agreement, some meeting of the minds, with respect to the payment of interest and the resolution of this audit assessment?

A Was there a specific discussion on interest and when it would be paid and what it would be due on?

Q Let's start with that.

A Not that I recall. What was discussed very openly with IATA, with American present, with American individually, with other airlines individually, was that the government had no desire to seek funds from

them other than for the fees that should have been collected.
So if we found -- as I said earlier, if one of the first findings of this case in September -- say on September 18th an item from July 1, 1998 was found, we would have no interest at that point in assessing interest, if you will. It would have sat there throughout the audit process until November 28th, and a debt that would have been able to accrue interest from July 1, '98 forward, the government -- the INS position was it is our interest to obtain the fee, not to penalize -- it wasn't our goal to penalize by assuming additional interest. The airlines could pay in advance. Some of them, the day we left, sent a check. I don't recall that specifically with American.
But part of the rationale here was, again, to go back and assess part of the audit process, was also to continue to work with the airlines so that they would better work with their financial systems. American had some -- had issues with their financial system.



Q Did American Airlines and the government ever come to some agreement that stated that American Airlines would give up its right to contest anything in the audit if the government didn't charge it any interest?
A That's a lot of negatives in there.
Q Let me see if I can do a better job.
Did the government and American Airlines ever come to an agreement that provided that if American paid within a certain amount of time, it wouldn't be charged any interest? Let's start with that.
A American was told, via this particular letter that we're talking about, here is your liability, you have 30 days from the date of this letter to provide this liability that covers now a couple years, to provide that liability without interest, again --
Q I understand all that.
A We're together on what those words say.
Q What I'm trying to get at is, did the government and American reach some agreement or deal



with respect to that, or on the other hand, was this a unilateral policy that the government had, and if American paid within that time, it wouldn't be charged interest, and if it paid outside that time, it would be charged interest?
A That was the -- this same opportunity was afforded any airline in the audit process.
Q Would you describe the situation as American and the government having some specific agreement?
A No. Did American and the government have a deal? No. American was treated the same and had the same opportunities as any other airline to -- and they were aware of other airlines. They would sit and discuss -- they would say, well, I heard Continental did such and such, or I heard United did such and such. And we would sit in meetings together, and they would ask if we have a disagreement, what do we do. We would provide the information.
Q When you say that this was open to all airlines, that, I assume, means the opportunity was based on the general policies that the INS had that



we've talked about previously?
A This template that had the liability and findings was the same template used with all the airlines. So each one of them would have been given the same information. If there had been additional issues regarding this particular case or this particular audit, they would have been spelled out in the letter or the findings.
Q Do you recall any agreement between the government and American Airlines where American Airlines agreed not to contest any audit findings in the future?
A We dealt with the audit at hand from my aspect. We dealt with the audit at hand, and at the end of each audit, American, John Parente, Monty Hobbs told me they had no protest, contest, whatever terms you want to put to it, that they agreed to the liability.
Q I guess what did they agree to?
A To all of the findings provided to them in draft and in final format.
Q Did either of them or anybody else at

American ever agree that they would never contest this liability in the future?

A Their statements to me were that they were -- this was -- that the findings were resolved, that they had no other issues with them. My assumption was from those statements, they are perfectly agreeable and agreed to the negotiations within the audit and that that was -- it was a, if you will, a done deal. We were finished with the audit. This was the liability.

They then provided payment for that liability. Again, Mr. Parente, particularly in two of them, and I believe Monty said it to me as well, we have a fund set aside. We expect to have liability findings. I said that's fine. What we're wanting to do is we'd like to see you at zero liability. We'd like to see the payments made timely. Remember, they held the funds and would remit them on a quarterly basis after having earned interest on the funds.

Q Were any of these statements in writing, or were they all oral?

A I don't remember the specifics on the



million being in writing. I remember it orally in a couple conversations with multiple people in the room.

Q No writings that you can recall?

A There wouldn't have been -- unless it was in some notetaking of the particular meeting minutes that were going on at that time. I don't remember a letter coming back from American saying, Gee, we saved some money on this one.

So in the context of that, no, I don't -- I do remember it coming up a couple different times because they indicated that they were working within the context that they had errors and that they were not remitting the funds in total at all times.

Q When you say that John Parente and later Monty Hobbs made comments to you that they were generally in agreement with the audit findings, did you view that to be in some formal contractual sense or were they just saying something like Oh, well, we're generally satisfied with the way this audit came out?

A Given the -- given the partnership, given the contact and conversation, given the multiple of



opportunities for them to protest or any other way to disagree in any forum, and there were multiple forums, when I talked to him and said is there anything that you disagree with this, is there anything that we have overlooked or are there any improvements that you'd recommend we make to this audit process, they would say we feel that it is fair and equitable, and it's certainly for the period of time encompasses all that we would expect.

Q I understand that. That's not really what my question is.

A Okay.

Q The question is, did you view that as a formal contract under which American Airlines was forfeiting some right that it otherwise would have had?

A I understood it as their director of state and local taxes as saying we are completely content this audit is closed. We don't have any other issues.

Q That's still not what my question is.

Did you take that as a formal absolute forfeit forever any rights we might have, even if we



find out the government's been doing all kinds of naughty things that we didn't know about, absolutely forever a waiver of our rights or was this something less formal than that?

A Not being a contract lawyer -- contract law person, I accepted it as word and final -- finality of the data we were working at from a high official within American who had the right to speak on their behalf. So I assumed from that conversation, and from the conversations with other airlines, and this happened all the time, that the issue was closed and that American was totally satisfied. And given the fact that if American had issues, they always brought them up. I would have never assumed that they would have paid money for something that they didn't feel that they owed.

Q In the context of this agreement, did American Airlines get anything?

A I'm not sure I understand the question.

Q Did they receive any benefit in this agreement that you just described?

A Did we offer them a deal? I'm not sure I

81

**understand your question.**
Q Well, did they receive anything of benefit in -- when they said, Okay, we view this as final, did they get anything?
Let me back up a second. You understand how that might be beneficial to the government, the government says, Okay, well, we're done, we don't have to worry about them contesting any liability. Does that make sense to you?
A **It was never a matter of thought or discussion that I recall at the time that anything would ever transpire after the audits, because they were so open and full disclosure during the audit.**
**In fact, Mr. Parente and later Mr. Hobbs, both, we discussed the audit process as managers. I would visit their site during the audit, and we'd discuss the audit procedures and did they have any suggestions, et cetera. And I believe it would be fair to say both suggested that they were very glad that we did the audits this way and didn't conduct them like IRS at 100 percent review. I will tell you that they understood. IATA understood. All the**

82

**airlines understood we were more than glad to do 100 percent audit review within a period of time, that we were glad to have our auditors, if it was necessary, on-site or available for an elongated period of time if that would more appropriately review. And again, both of them felt very free, as did all of the airlines, to communicate anything.**
Q That's not really what my question was.
A **Okay.**
Q I'm trying to figure out one simple thing, which is, was there a contract between the government and American? Typically, in simple terms, a contract is one party saying if you do X, I'll do Y, and the other party agrees, yes, I will do the thing that -- one thing and you do something else for me in exchange, and they agree and they have a deal.
I'm trying to figure out whether that occurred here. And if so, what are the X and the Y on each side.
A **I can only answer by saying the paperwork that is here is what American received, in addition to all the work papers along the way, in addition to all**

83

**the potential liability, in addition to all of the data that supported the audit. They were then in agreement to those amounts in draft. They received the final letter. They paid the final -- the liability.**
**In this case, I don't see an additional letter that indicated any kind of disagreement. As far as did one party say to the other if you do this, you get X and we get Y, I'm not aware of anything such as that. I'm aware that they told me that they were satisfied, that they felt it was fair and equitable. They felt that it covered all aspects of the period of time and that they were sure they probably owed us more money. But in the context of this audit -- and that was a fairly prevailing statement amongst airlines that they probably -- because the audit did look at a sample --**
Q But you cannot identify the X and the Y, American promises to do X if the government promises to do Y?
A **In those terms, I cannot.**
Q Can you identify anything that the

84

government promised to do?
A **The government promised to do a fair and equitable audit. If American disagreed with it in any way, shape or form, we were glad to reopen the audit during that period of time, open it back up and proceed with a 100 percent audit. That's what we said to any airline was open for that at any time.**
Q Did it agree to anything else?
A **Did who?**
Q The government.
A **It agreed that it would -- it had no interest in -- it had no desire to collect interest on funds after liability was found, unless an airline chose to not disclose a difference or if they chose to not pay and didn't have any rationale for that nonpayment, then the government had the right to assess interest.**
Q Did it promise anything else?
A **I'm trying to understand you, but not to my recollection within the framework of what we're talking about.**
Q Take a look at Exhibit 3. This is the

statute that we looked at before, correct?
A 31 USCS 3717.
Q Yes. And Subsection B2, or let's just start with B, states that, "Interest under Subsection A of this section accrues from the date," and then Subsection 2 says, "Notice of the amount due is first mailed to the debtor at the most current address of the debtor available to the head of the executive, judicial, or legislative agency if the notice is first mailed after October 24th, 1982."
A **I see that.**
Q Is Page 12 of Exhibit 1, that letter that we were looking at dated October 28th, is that the first notice that was mailed to American Airlines regarding this liability?
A **This was the notice of the findings and the liability.**
Q This is the first notice that was mailed?
A **This was the official document -- this was the official notification of the potential for the interest and penalty.**
Q Was this the first notice that was mailed



to American Airlines?
A **Of the liability and the findings of the report, yes. I would add that the regulations called for the funds to be remitted as they were collected at the end of the quarters. So that was the airlines' responsibility to remit timely.**
Q Take a look at Subsection D, that says, "Interest under Subsection A of this section may not be charged if the amount due on the claim is paid within 30 days after the date from which interest accrues under Subsection B of this section." Do you see that?
A **Uh-huh, yes.**
Q Do you understand that to mean that the government is not entitled to charge any interest if American Airlines paid within 30 days of the letter dated October 28th, 2000?
A **This -- what you're reading to me now would have to go back and be reviewed according to what the regulatory language called for, which was immediate remuneration of fees collected.**
**In other words, if I collected $3 for you,**



**I owed it in the quarter it was owed. If I neglected to pay it, "I" being the airline, that -- there is some activity at which I already had information that I owed the funds.**
Q We just read this Subsection B. It says, "Interest doesn't accrue until the government mails a notice to the debtor of the amount due."
A **This is above and beyond what the debtor already knows they owe. For example, in immigration user fees, it was a -- I don't have those in front of me. But the immigration user-fee regulation required that the -- my general recollection is that it required that the airline then takes the fees they collect and provided it to the agency. It was a self-reporting, self-disclosed issue.**
Q Did those regulations provide that the airlines have to pay interest if they don't pay within the end of the calendar quarter?
A **I don't recall specifically the language in that.**
Q Well, why do you think that you're entitled to charge interest even if an airline pays within 30



days?
A **I'm providing that as a caveat that I don't have those regulations in front of me, and I can't recall if there was any opportunity or activity within those that spoke to that. This having to do with the letter, this tied to that letter, yes, this is the basis of the language that the $412,000 -- whatever that dollar amount was was under the --**
Q Let me come at this at a slightly different way. It seems to me that under the statute that we're looking at, if American Airlines pays within the 30 days of the November 28th, 2000 letter, the government is not entitled to charge any interest. Do you agree with that?
A **This notification of this specific $412,000 and the language that ties together with 31 USCS 3717 specifically in the format of this activity, yes. But I add the caveat that I have not reviewed the immigration user-fee language in years, and there may also be a caveat within that, but I cannot recall.**
Q Assuming there is no such caveat, if the government promised not to charge interest if American

89

paid within the 30 days, all it's promising is what is already required by law to do, correct?
A Not -- again, not having looked at the immigration user fee, we would be saying to them, yes, at this particular point, we have -- now, remember, this liability was based on the full audit, and it would tie back to this language, yes.
Q So such a promise is nothing more than an airline is already entitled to under the law?
A I can't speak to that. There could be other prevailing language that I'm not aware of. That was the language we utilized --
Q As far as you know, not knowing any other language.
A I'm not -- again, depending upon what the immigration user-fee language said at that time. This was the basis of this -- this letter went back to the Debt Collection Improvement Act.
Q But you're not aware of any language in the immigration user-fee regulations that requires payment of interest if user fees aren't timely paid?
A I don't know. I have not looked at it in

90

years.
(A brief recess was taken.)
BY MR. FEINBERG:
Q Ms. Blessing, could you please take a look at Exhibit 1, Page 28. It's actually Page 28 and 29. It appears to be a two-page letter dated May 3, 2002.
A Correct.
Q From you?
A I see my signature on Page 29.
Q Can you identify this document?
A This appears to be the same type of information we were discussing before. It was the review of findings and the audit for July 1, 2000 through December 31st, 2001, findings and financial liability.
Q I'm interested in understanding whether the same basic situation applied with respect to this letter that it did with respect to the previous letter dated November 28th, 2000, and whether the general situations are identical with respect to the two user-fee audits that those two letters are discussing.
A Generally, yes. It's the notification of

91

the -- it's the formal provision of the report of compliance and the liability that came from that. In both cases, that's what's occurring is -- again, although we discussed it, they had all the support and detail and had been involved in the process. This then brought it to a -- here's the notice of these two.
Q And is this May 3rd, 2002 letter the first time notice was mailed to American Airlines stating the amount of the liability that was due?
A You've had the term "mailed". Eugene Schulman would have been in discourse with them either e-mailing or mailing them. They mailed back and forth the contents of the liability and what was going on with it, and American would ask that we not take papers off site. So we would copy them. So Eugene would send PDF files to them on e-mail. He would FedEx or whatever the carrier was at the time. There would be back and forth communication with documentation, with a formal, if you will -- via this e-mail I'm providing, and there would be that type of discourse. This is the culmination of that with my

92

signature as director, and this is where we are with the -- this is the result of the findings and liability.
Q I think we're saying the same thing. This is the first formal notification that was sent to American Airlines saying here's the liability that's owed in connection with this audit?
A Correct. We've talked about all the other caveats.
Q Yes. Those caveats being there's some back and forth and some possibly additional information provided and possibly the amount changes?
A Correct.
Q And the conversation we had before about whether or not interest would be charged, are all the things we said about the prior audit applicable to this one as well?
A In this point in time, yes, the program is saying this is the finding of liability, if you will, this is the mark in the sand of the date at which we'll do an interest free process -- not interest free but -- well, it would be free of interest if paid

93

**within 30 days of the letter.**
Q Was there any agreement that the government reached with American Airlines with respect to the payment of interest, or was it simply the same general policy that we talked about?
**A Same general policy we talked about.**
Q Would you say that there was no specific agreement between American Airlines and the government with respect to the payment of interest in connection with this audit?
**A As stated earlier, within -- the same framework that we discussed, without going back over all of our discussion of the immigration user fee and any activities there and the regulations there, this had to do with this specific liability and the findings contained in the letter, as did the other one.**
Q I guess my question as it was with respect to the last one was simply, as opposed to some explicit agreement that says we'll waive interest charges in exchange for something or other, instead of that, the government was applying a general policy

94

that was applicable to all airlines, and that was essentially mandated by the statute and regulations that we looked at; is that correct?
**A Let me -- from one basic statement about that would be that American was treated as all airlines were. They were not given a special deal or side negotiations outside of the context of the audit in that framework. The particular findings in this went back to the debt collection. We talked about with the 30 days.**
Q The Debt Collection Act?
**A Yes. And the immigration user-fee regulations, I don't recall -- I knew them well at the time but don't recall them specifically at this moment with regard to fees that would have been owed on anything that had been not remitted timely. I'm trying very hard to understand that question and answer it.**
Q We talked a little bit about this before. Other than what we've already discussed, did American Airlines and the government reach any agreements in connection with any of the immigration user-fee

95

audits?
**A Reach any agreement?**
Q By that I mean a contract, an actual deal. You do X, I'll do Y?
**A In the context of the way you're asking it, I guess I'm just not fully understanding. There was not a -- this letter went out, the findings went out. All of the data was provided back and forth as we discussed numerous times. American had the opportunity at any time to disagree in any part, whole or whatever and to -- even to the point of making the payment to say any time -- anything throughout that, was there -- I didn't have them sign a sheet of paper.**
Q I didn't -- we talked about all this before, correct?
**A Correct.**
Q I didn't mean to rehash that. I'm just trying to figure out whether there was anything else in addition to that that you believe constitutes an agreement between American Airlines and the government.
**A The prevailing regulations in my mind were**

96

**explicit as to what the requirements of the airlines were. We made the positive assumption that the airlines followed those rules and regulations and that they were in accordance in government requirements. The audit was a means by which we could go back in and validate the compliance, and as in this case, sometimes lack therein in particular areas.**
Q I'm not sure what your answer to my question was.
My question was, other than what we talked about, were there any agreements between American Airlines and the government with respect to these immigration user-fee audits?
**A To the extent that you're asking and I'm understanding it, I have to say at this point I don't believe -- in the context of what you're asking, this was the framework of it. Either I'm not understanding the question or I don't have the -- there is not a separate agreement other than the papers you see. These were the milestones within this process. There are a variety of other papers that have to do with their remittance, et cetera that were all at the debt**

**office, at the Debt Management Center.**

Q Forget about papers. I just want to know what you, sitting here today, believe to be the state of affairs.

Are there any agreements that you believe American Airlines and the government entered into having anything to do with immigration user-fee audits?

A **I believed at the time, and after having left the program, that the context and situations with each of the airlines and the audits conducted that they were done. They were finished. They were finished at the time that the audit was finalized. That was based on my conversations with the airlines.**

Q This is the issue we talked about before?

A **Right.**

Q Anything other than that?

A **I have nothing new to add at this moment.**

Q Good.

A **I'm not trying to frustrate you.**

Q That's all I was trying to figure out.

A **Okay.**



Q So this one agreement that you point to is essentially an agreement that we're done with the audit, correct?

A **Well, without rehashing it, it was discussion of and culmination of a group and partnership effort toward resolution. Again, the goal of the audit was to only obtain funds for which the airline was required.**

Q Did American ever, in writing, give up any of its rights to pursue the government in connection with the immigration user-fee audits?

A **I'm not aware of any letter to me.**

Q Did American Airlines ever explicitly say, we hereby give up our rights to come after you for any of the money you're assessing against us in these immigration user-fee audits?

A **Those words were not said to me. The words that were said to me is, this is fair and equitable. We agree to it. We don't have any issues with it. We're finished with this. We're paying our liability. And this is closed in our mind. It was not anything I required them to say. They volunteered it in the**



**discussion process.**

Q You didn't -- it wasn't like you required that they sign that before you would do something? They just volunteered it?

A **Correct. We would be in discussion. Again, it was very open to any thoughts, discussion.**

**(Deposition Exhibit No. 4 was marked for identification and attached to the transcript.)**

BY MR. FEINBERG:

Q Ms. Blessing, let me show you what's been marked Exhibit 4. Have you ever seen this document before?

A **I don't recall seeing the document, no.**

Q You do not recall seeing this document?

A **No, I do not.**

Q When was the first time you became aware that American Airlines was challenging the government's immigration user-fee assessments?

A **I don't recall a specific date. It was in general conversation after having left the program just as a -- as I remember, I heard it second or thirdhand from somebody who had talked to one of the**



**folks that we used to work with. So it would have been somewhere in, I'm thinking, late 2004. It was after I left the carrier program.**

Q Do you know when American Airlines realized it might have a claim against the government in connection with the immigration user-fee audits?

A **State again. I'm sorry.**

Q Do you know when American Airlines itself realized it might have a valid claim against the government in connection with the government's immigration user-fee assessments?

A **No.**

Q You have no way of knowing; is that correct?

A **I don't recall seeing this letter. I have been read the contents of it. So I'm not sure what all the specifics are of American's claim.**

Q For example, in 2001, did American know that it might have a valid claim against the government for the immigration user-fee audit assessments?

A **I can only go on their communication with**

me that they were fully satisfied and felt that the review was fair and equitable. They had nothing that they would ask for differently in the process, and they had no part of the activity that they would disagree with. And again, we were on-site multiple times.

Q I guess what I'm getting at is, if you have any way of answering this question. If you don't, that's fine. Let me know. If you do have any way of answering, when they were going through the audit in, let's say, 2000, 2001, do you think American Airlines knew that it might have a claim and was just hiding it from the government, or do you think it was the case that it just didn't even realize it might have a valid argument that it shouldn't have to pay some of these user-fee assessments?

A The people I dealt with at American were very open during the whole period of time that we worked with them, that not only did they feel that the assessments were fair and equitable, they probably owed more money than was in the findings. My assumption based on those -- no, I don't have any



other evidence other than that -- the communication that we openly had with the airlines.

Q It sounds like you think they were being honest with you, though, that they didn't think they had any complaint at that time; is that accurate?

A Well, I'm not assuming they didn't have any complaint. They told me they didn't have any complaint. They told me they had reviewed every aspect of the requirements within the regs and our audit and that --

Q Do you think they were telling the truth?

A I believe they were providing the position of American Airlines.

Q To your knowledge, before October of 2003, did American Airlines ever threaten to take any legal action against the government in connection with the government's immigration user-fee assessments?

A October 2003 you said?

Q Correct.

A I guess prior to this. Not that I'm aware of.

Q To your knowledge, before October of 2003,



did American Airlines ever complain at all about the government's assessments of liability for uncollected user fees?

A In the course of the audits, certainly they brought up all sorts of issues. They would bring up -- I believe that American had an issue with their Korea-based organization and that we had to deal with that separately in one of the audits, that we walked through what we had -- we had some findings, and then we detected that it was a large amount of potential findings and that we felt like it would not be fair or equitable to charge that against the whole.

American disclosed that in some of their locations if they didn't collect the fee at the time of the sale of the ticket, that they collected it at the gate in a bucket, that our express concern there was how do they tie that back to the person, and they said they had accounting methods to do that. They indicated that whether or not they could -- we looked at whether or not they could demonstrate it or not. They said it was part of course in Sabre I think was the name of the system at the time, that it was just



an automatic process where the user fee, if it met certain conditions, was collected. Whether or not it was recorded on the ticket appropriately was most of the issue.

American indicated that they routinely collected these fees and funds, but they couldn't necessarily -- they didn't necessarily send them to the right subject account within their accounting system. We would find the fees off in another area. So American indicated that they had their own issues with being able to go out -- go back and find out exactly what they had collected in order to be able to remit. So we walked and talked through all those areas, types of issues.

Q By the way, that Sabre system that you mentioned, is that an American Airlines' system or some general system?

A It's one that -- American had a -- something that they used with the travel agents, I remember. Sabre was kind of the national model at the time used by several companies and travel agents.

Q I think I actually asked that question too

broadly.
A Okay.
Q I wasn't concerned with any assessment of liability for uncollected user fees. Perhaps we should back up a second. Do you understand the central issue in this case?
A **My understanding of what -- well, I guess I probably need to say, I'm not -- I'm not sure what you're heading toward there. What I understood we were talking about were the Interrogatories and some of the data within there, the affirmative defense.**
Q I'm not talking about the affirmative defense. I'm talking about the actual underlying case. Do you understand what the central issue is?
A **I'm not sure I understand the full central issue or the full --**
Q Let me offer something to you. You can tell me whether or not you agree. Is the issue whether or not the government is entitled to assess liabilities against airlines for user fees that are uncollected as opposed to collected but not remitted?
A **Okay.**



Q Is that your understanding of what the basic issue here is?
A **Generally, yes.**
Q Now, let me go back to what my question is.
A **Okay.**
Q And that is, before October 2003, did American Airlines ever complain to the government that it did not think the government was entitled to issue assessments for uncollected user fees as opposed to user fees that were collected but unremitted?
A **We discussed with numerous airlines collected and potential uncollected. I say potential because, again, the assumption from the government was that the airlines were following the law and the airlines, American in particular, said that it did collect routinely. So if we found something that appeared to be an error in the audit where we could not detect where the fee was, when it was collected in the course of the process and how American -- we gave it back to American and said we don't see the fee on this ticket, and they would come back with an affirmative -- the fee is under this particular area**



**or we don't have a way -- we believe we collected the fees. They believe they collected the fees in all cases. What we were dealing with is we had an error. We depended upon them to give us the information back.**
Q I guess that's not really what my question was.
A **I'm not understanding your questions. I apologize.**
Q The question is simply, did American Airlines ever complain to the government and say, Hey, we don't think you can charge us for user fees that we don't actually collect from our customers?
A **And the way I'm responding to that question is that we had discussions about the production of information was a fee collected or was it not collected. Our assumption is it was collected.**
**We depended upon the airline. The airline, on multiple occasions, would tell us they were not certain if they had collected the fee or not on some occasions. And part of it was they disclosed that their financial system had difficulties. We would find the fees in other places.**



Q Did they ever tell you sometimes that they believed they had not collected a fee in connection with a particular error?
A **They said that -- you know, again, this would be in the course of discussions with them. My recollection at the time was that when we got into discussions about collected versus uncollected, their statement was we owe you for every passenger that we transport. And then they would begin -- I'm not sure what your hand means.**
Q I just want to make sure I understand what you just said. When you say they owe you for every passenger, American was saying to you we owe you for every passenger whether or not we actually collect a fee; is that your point?
A **They affirmed that they collected the fees, and that is the affirmation they gave us. If we did not see the fee, if the auditor didn't see the fee on the ticket, they would take it back to American and say, "Is this an error or not?" American would come back and say this is an error. And then we would build on that. We didn't -- that was the context and**

**the basis of the error discussion.**

Q It sounds to me like your answer to my question is no, but I'm not -- I just want to make sure we're on the same page.

My question was simply, did American ever challenge the government's ability before October of 2003 to assess liabilities against it when it had not collected a fee, or on the other hand, did American never mention that or even agree that the government could assess liabilities if it hadn't collected a fee, or did the issue never come up?

A **Outside the context of our conversations, I don't know what kind of notifications, because obviously this one didn't come to me. I see this went to the Office of Financial Management. I don't recall it.**

Q You were in the Office of Financial Management in October 2003?

A **Correct, but not at 425 I Street.**

Q I guess another way of asking the question is simply, Exhibit 4 that we looked at is a letter, and I realize you have not seen this before. But it's



a letter where American Airlines is complaining saying, Hey, you government cannot charge us for uncollected user fees. My question to you is simply, did they send any letter like this, to your knowledge, before October 13th, 2003?

A **A letter such as this, no. But I would indicate this is held liability for uncollected -- in this last paragraph for uncollected user fees that the airline is unable to collect. There were lots of discussions or a good number of discussions that IATA and other places in which American took part of the conversation, and we discussed, if there were countries or parts of the world that disagreed with collecting activities on behalf of the United States government, what were positive means that could be gotten through -- could be implemented to collect the fees.**

**American was very open that in some of their countries they were not unable to collect the fee, and that they could. Their ticket agent could collect the fee at the time of boarding on the plane, and that's what they did. So this unable was**



**discussed on numerous occasions. They never presented it as a we didn't collect the fees. They said the travel agent wouldn't collect it for them. So if it was a person that was just a general travel agent in the country and they didn't collect the fee, American still had the ability, and that's the way they presented it to us. They always had the ability before the person got on the plane to obtain the funds.**

Q My question wasn't about whether or not they were able to versus unable to. My question was simply, did they ever complain or challenge the government's ability to charge them when in fact they had not collected the user fee?

I think your answer to that is no.

A **I don't recall a specific letter or anything such as that. I just remember discussions about --**

Q Do you remember any discussions, forget a letter, any discussions where American said, Oh, government, you are not allowed to charge us if we do not actually collect the user fee? Do you remember



anything like that?

A **This discussion here with the unable to collect and uncollected user fees was discussed in the context of audits and IATA conversations, and there was no indication at that time from American or any other airline, and in the course of the audit, there was never a presentation of we were unable to collect the fees, and therefore, we don't owe you.**

**The audit dealt with here is a potential error, what is your response to that potential error. In October of '03, I mean, I'm not -- I can only deal with the fact that American indicated to me that they assumed they collected on all activities. We assumed they collected on all activities. They were given the opportunity on the error then to review it.**

Q Well --

A **It sounds like what you feel like I'm saying no, and that may be where we are at this point. I don't want to disagree. I'm not sure I understand -- in the context of this and the way you're stating it, I don't recall it being a protest that says we're --**

113

Q Let me try --
A That part of the case -- go ahead.
Q Now you've confused me a little bit.
A Okay.
Q On the one hand, you said that American stated that it always collected the fees. On the other, you said there were some discussions where they would tell you about their inability sometimes to collect the fees.
A They would -- American and other airlines would discuss their experiences. In IATA, they would express their experiences. I can't remember who the airline was. We had trouble in this country and several of them discussed it. I said, What are your options to collect? They said, Our option is before the person gets on plane and we have full jurisdiction and ability to do that. We said, Is there any legal authority binding you from doing that. They said, No. They assumed the affirmative that they were collecting the fees.
Q In the context of those discussions, did any airlines ever say, But if we don't collect the

114

fees, we don't think you can charge us for them?
A I don't recall that.
Q Do you believe that the government has been prejudiced because American Airlines didn't raise its claims in this case sooner?
A I don't think I can answer for the government. I'm not prejudiced against them. I would assume the government's not prejudiced against them.
Q I don't mean -- I should use a different word other than prejudiced.
Do you believe that the government has suffered any negative impact because -- due to the fact that American Airlines didn't raise its claims in this case earlier, didn't let the government know that it thought it had the claims it's currently pursuing?
A I think yes, it has affected the government in what I'm assuming it has caused on this case. I'm assuming, actually, had American raised it at any particular point in the past, we would have looked at the audit methodology. We would have looked at this process. We would have sought legal and regulatory actions. Certainly, is this going back to a

115

particular point in time where -- okay, it says it's trying to collect money from 1998.
Q I'm not focused on this particular letter. I'm just speaking generally.
A Okay. I would say yes, there's an impact to the government.
Q And you started to do this already. Can you describe that negative impact on the government?
A Well, I think -- now, this is my point of view. From my involvement with the program, had American indicated earlier an issue, I think we're going back into the period of time that the government and the American taxpayer paid for these inspections. Every flight had to be met. American specifically was very outspoken about that every person needed to be processed within so many minutes.
I sat in numerous advisory meetings where American would demand, in effect, that the government process incoming passengers quickly at whatever the expense was for that because it affected their business if the government -- it made them not look good if the government didn't pass them quickly

116

through immigration, customs and the APHIS activities. So there was a strong push on that end.
The government in those meetings on many occasions discussed the cost of the fee and the cost of the service. American, along with other airlines, didn't want to charge the fee because they said it added to the cost of their ticket. American and others asked for a handling charge for processing the fee. These were the -- and at every occasion, an opportunity to open up any discussion to look at the regulatory language. Updates to the regulations happened ongoing. There would have been no hesitation on my part, as director of the program, to seek additional clarification, activity, anything within the regulations that addressed any and every concern that the airlines had in this particular area or in any area.
Q So I don't understand how the government suffered any negative impact because American waited several years before bringing its claims.
A Well, in effect, if this was an idea on October 12th and it was just a brand-new idea --

117

Q On October 12th, 2003?

A 2003. This supposes maybe even in ongoing audits, this was an issue that was not brought up. So in effect, the government has gone through the process, the activities of working with the airlines, has worked within an agreement with the airlines in the process and -- those are -- from my standpoint, I think it would have been very productive for American to raise the issue if it had the sense that from '98 forward they had disagreed with the process or the regulatory language or anything such as that.

Q Well, that's still not what the question is. My question is simply, how was the government negatively impacted by the fact that American did not do that?

A In short, the government provided the service.

Q The auditing service?

A The government provided the inspection service. American brought a passenger -- if American brought a passenger into the United States and asked for an inspection, American was asking the government

118

to do that based on this free of charge. If what they're saying is if we didn't follow the law and we didn't collect the money by virtue of us arriving with the person, unless we have broken the troth or any other law, we're expecting you to provide a service free of charge for which we're required to have collected the remittance.

Q So is the notion being had you known about American Airlines claim earlier, you would have tried to get the law changed so that it was -- you could collect for this particular circumstance?

A We would have looked -- we would have looked at the whole issue. Given information now, we would have looked at the audit process. We would have looked at all of the activities. Remember, that American -- all airlines were responsible to collect the fee and/or provide evidence that the person refused the fee. That was very simple, collect it or the person refuses it.

The assumption is that you did one or the other. That's what the law said you were supposed to do. So if we expected American as -- I assume they're

119

an American corporation, were interested in the environment in this country, would have followed the law. And the law is one that they helped format. They had opportunity to give into the regulatory language. I don't recall any time where they came in in the public opinion period on the Federal Register and expressed any concern. I don't have any recollection of that. Those would have all been affirmative ways to aid the agreement in the approach and to then not cause additional costs by going through this whole process.

Q Do you believe that American Airlines intentionally mislead the government in any way in connection with asserting its rights in connection with the immigration user-fee assessments?

A I can't answer for the government. I can say -- I can't answer for the government in whole. I can say in our dealings with them, if this was their position, they certainly gave in to every indication it was not.

Q I understand what you're saying, and we touched upon this earlier. My question is simply, do

120

you think American Airlines knew that it had this position way back into the '90s but purposefully didn't tell you with the intent of deceiving you, or does it seem to you that they didn't even know they had this argument until some point much later on, and once they did, they told the government?

A I can't -- I can't make an assumption of what they knew or didn't know.

Q From October of 2003 until the present, has the government taken any action to revise the immigration user-fee regulations to clarify that airlines are liable for user fees they do not collect?

A I have not kept up with the process since I left the program.

Q From October 2003 until the present, has the government taken any action to revise the immigration user-fee statute to clarify that airlines are liable for user fees they do not collect?

A Again, I was -- I can't speak to what happened. I left the program not too long after this in the transition period. I can't speak to that. I don't even -- I haven't looked at the regulations in

**years.**
Q I assume your answer would be the same with respect to any government actions after --
**A Correct, I don't know.**
Q -- 2003 in terms of adjusting user fees upward to cover any shortfall?
**A I don't know.**
Q How about with respect to changing any of the audit procedures that they use on airlines?
**A I don't know. It sounds like just a few words for me, doesn't it?**
Q Have you reviewed the analysis prepared by American Airlines' experts in this case?
**A No, I have not.**
Q You mentioned before that you supervised the audits of several other airlines, correct?
**A Correct.**
Q Was Continental Airlines one of them?
**A Yes.**
Q And in general, were the immigration user-fee audits of American Airlines and Continental Airlines conducted in the same manner?



**A Yes, as with all airlines. I mean, it was generally the process used with all airlines.**
Q Do you know when the government first learned that Continental was contesting the government's user-fee audit assessments?
**A I don't recall.**
Q Do you know if it was before Continental filed a lawsuit?
**A No.**
Q Do you know if the government has raised affirmative defenses in Continental's case?
**A No. I have not seen any paperwork as such.**
**(Deposition Exhibit No. 5 was marked for identification and attached to the transcript.)**
BY MR. FEINBERG:
Q Let me show you what's been marked as Exhibit 5. Can you identify Exhibit 5?
**A Yes. This is the declaration of -- from me on Continental Airlines.**
Q When did you sign this declaration?
**A 20th day of March 2007.**
Q Take a look at Paragraph 15, please. That



paragraph says, Had a timely challenge to the audit methodology been made by Continental, our office could have and would have taken earlier actions to clarify that it is unlawful to require Continental, as well as all international air carriers to remit international air passenger fees that it did not collect.
**A Well, it said taken -- you said "unlawful". This says lawful.**
Q Oh, yes, I'm sorry. To clarify that, it is lawful.
**A I got stuck on that. We would have taken actions, yes.**
Q Taken actions to clarify that it was lawful for the government to require airlines to pay uncollected user fees?
**A We would have taken action to clarify, yes, and my anticipation is it would be to clarify that, yes.**
Q Had the government known of Continental's claim earlier, the only thing you state the government would have done differently is taken earlier actions to clarify that it is unlawful (sic) to require



airlines to remit user fees that they do not collect, correct?
**A That's what 15 does. It doesn't say that -- I mean, it's not negating any other action.**
Q Do you list any other actions in your declaration? By any other actions, I don't mean any other actions literally. I mean any other actions that you claim the government would have taken if Continental had told the government of its claims earlier.
**A You know, in the context of 15 and speaking only -- I mean, it is speaking not only, but it's to clarify the legality, we certainly, because of the audit methodology, would have had to have been looked at. We would have looked at the audit methodology. We would have looked at that. I didn't particularly -- this may not be as fully clear as my full thoughts on the subject. I didn't say other things. But I certainly have opinions as to what we would have done.**
Q What would you have done in addition to that?

125

A We would have looked at the entire context of the audit methodology, the entire -- we would have looked at the entire context of the immigration user fee. We would have made recommendations. We would have sought carrier input to it. We would have brought it before IATA. We would have brought it before the INS Advisory Group. We would have brought it forth to everyone with seeking a definitive and affirmative audit that went from A to Z that covered all aspects of the activities at hand and that provided a final and complete audit liability.
Q How come you didn't mention any of those in your declaration?
A I didn't articulate them. I can't say why I didn't include them. If I remember this, earlier in the talk, it specifically having done -- dealing with South America. I may have been limiting -- not limiting but speaking specifically to that issue. But are you suggesting that if I make a declaration, I can't have any other ideas?
Q I'm asking you.
A At that point, had there been a challenge

126

to the audit methodology, we would have -- I talk a lot about the audit methodology here above and that it was done with the airlines. Had the airlines had a problem with it, we would have opened it back up.
Q Do you, sitting here today, now believe your declaration is incomplete in that regard? By that regard, I mean with respect to what you think the government would have done differently had Continental challenged the user-fee assessments earlier.
A I have taken a brief read of it, and I have to admit I have not looked at it since probably the end of March or when I signed it. I think that unless I talk about it anywhere else in here, that, yes, I would have -- I mean, I would potentially add some discussion on that point.
Q Are you aware that in November of 2005 the court in this case, in the American Airlines' case, ruled that it was unlawful for air carriers to be held liable by the government for uncollected user fees?
A I'm aware there was a -- there's been some ruling. I don't know all the specifics of it. I'm generally aware of, yes, what you've just said.

127

Q In your declaration at Exhibit 5, Paragraph 15, you claim that the government would have taken actions to clarify that it is lawful to require Continental to remit uncollected user fees.
A Well, the obvious part of that is, and if it was unlawful, there would have been a clarification. But I don't have any knowledge -- I mean, when I answered that, I don't -- I don't believe -- I don't think I can offer that it's unlawful.
Q I guess that's my question. Sitting here today, do you believe that it is lawful for the government to assess liability against airlines for uncollected immigration user fees?
A I don't think I can sit here today and make that -- make a decision on that.
Q I'm not asking you to make a decision. I'm just asking you what's your understanding of the current situation.
A The current situation is I haven't touched any of this in years. So I can't -- I haven't looked at the prevailing laws. I haven't looked at any of

128

the data on it.
Q In 2004, did you believe that it was unlawful or lawful for the government to assess liability against airlines for uncollected user fees?
A Do you have the regulation? I don't have the -- I worked within the regulation.
Q I can certainly get them.
A I worked within the regulation in 2003 before reaching the program in my tenure with the program.
Q Well, I'll get you the regulation, but without reference to the regulations, what's your view?
A Our goal was to assess the amount of -- to assess what the activity of the airline was, and I've stated in here what the activities of the audit process were. We worked in conjunction -- we really covered all this before. We worked in conjunction with the airlines. We did not -- our assumption was, and that was the assumption I worked from within the program, that law required the collection of fees. They did not assert that they did not collect them.

129

Q You're not answering my question.
A **Okay.**
Q My question is very simple, very specific. Is it lawful or unlawful for the government to assess liability against airlines for uncollected user fees?
A **I'm not qualified to answer that question.**
Q So you don't know?
A **I don't -- as I told you --**
Q What did you believe to be the case in 2004 when you were carrying out these audits or supervising these audits?
A **As I covered in this, and I think they're fairly similar, we looked at --**
Q I know what you looked at. Was it lawful or unlawful for the government to assess these liabilities for uncollected user fees?
A **I'm not sure how to answer this a variety of different ways. The regulations and the laws of the land required the airlines to collect the fees. We then dealt with them based on was something in error in collection or not. The assertion was from**

130

**the airline it was an error. We did not -- it was not within the scope of the audit for us to then go back and try to prove internal to their financial system anything other than their disclosure that it was an error.**
MR. CHADWICK: Can I ask a question because I agree you're entitled to a clearer answer.
If an airline had come to you and said, We have found evidence on this ticket X that we're looking at, we did not collect user fee from that passenger, in your opinion, did the airline owe the fee or not owe the fee?
THE WITNESS: In my opinion, I would have -- I would have sought legal opinion on that.
MR. CHADWICK: You didn't have an opinion when you were doing the audits? You didn't have a specific opinion on that issue?
THE WITNESS: Not that I recall.
BY MR. FEINBERG:
Q Sitting here today, do you have an opinion on that issue?
A **You have cited some things to me that I**

131

**haven't seen the context of. Again, sitting here today, I still would have gone back and asked for a legal opinion. Without having all of that data in front of me, I just can't give a reasonable response.**
Q I'm basically finished, but I'd like to ask you before we wrap up, if there's anything else you'd like to add or clarify to what you've testified to previously.
A **Not at this moment. We've covered a lot quickly.**
MR. FEINBERG: I have no further questions.
MR. CHADWICK: I was going to ask no questions. I have one.
EXAMINATION BY COUNSEL FOR THE DEFENDANT
BY MR. CHADWICK:
Q In your experience, during the time you were doing these user-fee audits, did you ever go back and reopen an audit period that you had previously closed? In other words, you had audited a particular airline for 2000, 2001, assessed a liability. They paid it. Did you ever go back and relook, in your experience?

132

A **Yes. As I recall, we did it on a few different airlines for issues that they would raise.**
Q What just sort of issues would cause you to do that?
A **If they had finding -- new information or new -- they might present to us saying the last time you were here, we've looked at the data since then, we have some new positions on that, and we would reopen it. We would look at the activities that they would present. I can't recall off the top of my head, but there were several.**
Q Is it possible to generalize in instances, was it ordinarily the case that the assessment of liability was going to increase, in other words, they owed the government more money, or it was going to decrease, or could it be either?
A **It could be either.**
MR. CHADWICK: That's all I have.
MR. FEINBERG: No more questions.
(Whereupon, the signature not having been waived, the deposition concluded at 1:10 p.m.)

133

* * *

ACKNOWLEDGMENT OF DEPONENT

I, Barbara Blessing, do hereby acknowledge I have read and examined the foregoing pages of testimony, and the same is a true, correct and complete transcription of the testimony given by me, and any changes and/or corrections, if any, appear in the attached errata sheet signed by me.

______ ______________________________

Date Barbara Blessing

134

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Tammy S. Newton, the officer before whom the foregoing proceedings was taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 21st day of May, 2007.

My commission expires:

6/30/07

______________________________

Notary Public in and for the

District of Columbia

135

ERRATA SHEET

IN RE: American Airlines V. United States of America

RETURN BY:

| PAGE | LINE | CORRECTION AND REASON |
| --- | --- | --- |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |

(DATE) (SIGNATURE)

136

ERRATA SHEET

IN RE: American Airlines V. United States of America

RETURN BY:

| PAGE | LINE | CORRECTION AND REASON |
| --- | --- | --- |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |
| ____ | ____ | ______________________________ |

(DATE) (SIGNATURE)