IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------X

AMERICAN AIRLINES, INC., :

Plaintiff : Civil Action

v. : No. 04-1736

THE UNITED STATES OF AMERICA, :

Defendant :

---------------------------------X

Deposition of DAUNE I. ROBINSON

Washington, D.C.

Friday, May 18, 2007

10:05 a.m.

Job No.: 1-103578

Pages 1 - 73

Reported by: Nancy Bond Rowland

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------X
AMERICAN AIRLINES, INC., :
Plaintiff : Civil Action
v. : No. 04-1736
THE UNITED STATES OF AMERICA, :
Defendant :
-------------------------------X

Deposition of DAUNE I. ROBINSON
Washington, D.C.
Friday, May 18, 2007
10:05 a.m.

Job No.: 1-103578
Pages 1 - 73
Reported by: Nancy Bond Rowland



Deposition of DAUNE I. ROBINSON, held at the offices of:

Miller & Chevalier, Chartered
655 15th Street, N.W.
Washington, D.C.

Pursuant to agreement, before Nancy Bond Rowland, Registered Professional Reporter and Notary Public in and for the District of Columbia.



APPEARANCES

ON BEHALF OF PLAINTIFF:
ADAM P. FEINBERG, ESQUIRE
MILLER & CHEVALIER, CHARTERED
655 15th Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800

ON BEHALF OF DEFENDANT:
KYLE CHADWICK, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
Commercial Litigation Branch, Civil Division
1100 L Street, N.W., Room 7062
Washington, D.C. 20530
(202) 305-7562

ANDREW S. KOSEGI, ESQUIRE
UNITED STATES CUSTOMS AND BORDER PROTECTION
Office of the Assistant Chief Counsel
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



CONTENTS


EXAMINATION OF DAUNE I. ROBINSON PAGE
By Mr. Feinberg 6


EXHIBITS
(Attached to the Transcript)


DEPOSITION EXHIBIT PAGE
1 - Defendant's Responses to PlaintiffÆs Interrogatories. 8
2 - Letter dated February 4, 2005. Bates no. 034 - 050 15
3 - Letter dated July 17, 2003. Bates no. 014 - 033 16
4 - Letter dated July 26, 2004. Bates no. 52 - 55 24
5 - 31 USCS 3717. 31
6 - Letter dated March 22, 2004. Bates no. 11 - 15 32
7A - Letter dated April 28, 2003. Bates no. 243 36
7B - Audit Report. Bates no. 237 - 242 36

5

| DEPOSITION EXHIBIT | PAGE |
|---|---|
| 8 - Letter dated May 21, 2003. Bates no. 244 - 255 | 37 |
| 9 - Letter dated October 13, 2003. Bates no. 053 - 060 | 42 |
| 10 - Letter dated October 10, 2003. Bates no. 324 - 341 | 42 |
| 11 - Declaration of Daune Robinson dated 3/16/07. | 53 |
| 12 - Declaration of Daune Robinson dated 3/23/06. | 53 |
| 13 - Declaration of Daune Robinson dated 4/18/06. | 55 |

6

PROCEEDINGS
DAUNE I. ROBINSON
having been duly sworn, testified as follows:
EXAMINATION BY COUNSEL FOR PLAINTIFF
BY MR. FEINBERG:
Q Good morning, Miss Robinson.
**A Good morning.**
Q Could you please state your full name for the record?
**A Daune Ingrid Robinson.**
Q And your address?
**A My home address?**
Q Either home or work.
**A Probably have to give you my home. 1913 White Lake Drive, Fredericksburg, Virginia.**
Q Have you ever been deposed before?
**A Yes.**
Q Could you tell me how many times roughly?
**A I believe it's been four, might be more. I'm not sure.**
Q Let me just tell you a couple of the ground rules just to refresh your memory. First of all, if I

7

ask you a question that you don't understand, please just let me know, and I'll be happy to rephrase it or clarify it for you.
Second of all, please try to give audible answers and make life easier for our court reporter, and also please try not to talk over me, again for our court reporter, and I'll try to do the same.
Finally, if at any point you need to take a break, just let me know, and we can stop at any time.
Can you tell me, Miss Robinson, if you did anything to prepare for this deposition?
**A Yes. I met with Andy yesterday briefly.**
Q And by briefly, could you tell me approximately how long?
**A About an hour.**
Q Did you look at any documents when you were meeting with Andy?
**A I looked at the document that was provided. I don't remember what it was called. I have it. It's Defendant's Responses to Plaintiff's Interrogatories.**
MR. FEINBERG: Actually can you mark this Exhibit 1.

8

(Deposition Exhibit 1 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, please take a look at what's been marked as Exhibit 1. Is that the document that you were referring to that you looked at with Mr. Kosegi?
**A I looked at this by myself.**
Q I see.
**A I didn't look at it with Andy. I looked at it by myself. But yes, it is.**
Q While you were meeting with Andy Kosegi, did you look at any documents?
**A No.**
Q And other than that Exhibit 1 that we just looked at, did you review any documents in preparation for the deposition?
**A No. Didn't have time.**
Q So essentially the only thing you did was talk to Mr. Kosegi and review Exhibit 1?
**A Correct.**
Q Could you tell me who your current employer

is?
A U.S. Customs and Border Protection.
Q And how long have you been with Customs and Border Protection?
A Since 1987.
Q And what is your current position at Customs and Border Protection?
A I'm officially a supervisory auditor in the Office of Finance.
Q I realize this is a long stretch of time, but could you give us just a little sketch of the positions you've held at CBP starting in '87 to the present?
A Okay. I was an auditor. I was a computer audit specialist. I was a supervisor. I was a field director. I was a director of field oversight. And now a supervisory auditor.
Q And maybe starting in about '96 or so, could you going back to those positions that you held just put some time frames on them?
A That's harder.
Q Even if you can do it roughly, that's fine.
A I think about '94 I became a supervisor, the



end of '94.
Q By supervisor, you mean audit supervisor?
A Yes. In 2001 I believe I became a field director.
Q Is that also an audit field director?
A Yes. And in I believe it was 2002 I became the director of Field Oversight. It might have been later than that, but I think it was about that time frame.
Q And when you say director of Field Oversight, is this again over the field auditors?
A It's over the field auditors.
Q And is that the position you're in now?
A No. I left the Regulatory Audit Division and moved to the Office of Finance.
Q And when was that?
A A little over a year ago.
Q So sometime in the beginning of '06?
A I believe it was July of '06. It might have been earlier. Honestly I can't remember. I've been here a while now. It feels like forever.
Q In your current position, do you have any



responsibility or dealings with user fee audits of airlines?
A Not now, no.
Q I assume you did in your prior positions?
A Yes.
Q And let's go back again to when you were an audit supervisor which I guess you were from '94 to '01?
A Yes.
Q Can you explain the role you had in connection with user fee audits during that time?
A I'll just move you up. I didn't have anything to do with user fee audits until I became a director of Field Oversight.
Q In 2002?
A Right. 2002, yes.
Q So that was the only position as the director of Field Oversight I think you said from '02 to 2006?
A To 2000 -- Yes, 2006.
Q That's the only position that you had any dealings with user fee audits?
A Correct.



Q Could you explain what your role was in connection with those audits?
A I was in charge of the user fee audits. It was my program. The user fee auditors who came to Customs and Border Protection from APHIS and from INS reported to me.
Q And was that all of the auditors or did you cover a particular region or how did that work?
A It was all of the user fee auditors, they came to me. I also had regions that I covered in terms of our other audit work.
Q So you were supervising other audit work in addition to just the user fee audits?
A Yes.
Q Can you tell me roughly how many auditors you were supervising?
A Approximately 150. That's through a chain of command.
Q Right. And can you tell me approximately how many airline user fee audits you in some sense supervised per year?
A This is not completely accurate because I

13

can't honestly remember, but it seems like we did about 30 of them. It may have been more. It may have been less. I'm not sure.
Q And what specifically was your role in connection with a user fee audit of an airline?
A I oversaw the direction of the program. I managed -- I actually signed the audit reports at a later point in time, not in the very beginning. And I supervised the people who did the work. I had one person under me who helped with that, but I was basically a supervisor of those audits.
Q Who was the person who was working under you who was assisting?
A A lady named Yea Browning.
Q Were you the person who was in charge of putting into place the procedures that the auditors would use when conducting the user fee audits?
A Yes. Let me clarify that. Yes, with approval from my boss.
Q And who was that?
A Cindy Covell, the director of Regulatory Audit.

14

Q Is she still in that position?
A Yes.
Q And was she in that position the entire time that you were the director of Field Oversight?
A Yes.
Q Can you tell me which user fee audits of American Airlines that you were involved in?
A The last two. I think there's been a more recent one that I wasn't involved in, but there were two of them that are here that I was involved in.
Q There's one that covers the period of 2003 and the first part of 2004. I assume that's one of them?
A That's one of them although that was still INS, and my involvement was as the field oversight director, but I was still learning about user fee audits.
Q And the other one that you worked on, was that before or after the one that I just mentioned?
A I believe it was after. It was one I was more involved in. The timing I'm not sure, but there were two of them. One of them came with Immigration

15

and Naturalization when they came to Customs and Border Protection. The other one was done completely under Customs and Border Protection.
Q Let's take a look. Maybe this will help you.
MR. FEINBERG: Can we mark this as Exhibit 2.
(Deposition Exhibit 2 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, can you identify Exhibit 2?
A Yes. This is one I signed, and this would be the most recent one that we did when I was there in 2005.
Q You had mentioned that one was done with INS separately. Is this the one you were referring to?
A No. This one was done under Customs and Border Protection.
Q And so this is the audit that you were more involved with?
A Yes.
Q And were you involved in any audits after this one?
A No.

16

Q But you were involved in one audit before this?
A Yes. You say more involved here. I was involved in both of them, but the first one came to us shortly after we had immigration come to our organization, and I became responsible for the program.
Q I see.
MR. FEINBERG: Can we mark this as Exhibit 3.
(Deposition Exhibit 3 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, please take a look at Exhibit 3. Have you ever seen Exhibit 3 before?
A Yes. This would have been the audit that they were working on when Immigration came to Customs and Border Protection.
Q So this is the prior audit that you referred to?
A Correct.
Q I see. And I note in this prior one at Exhibit 3, that audit covered the immigration user fee and the customs user fee, is that correct?

A This one?
Q Yes, the one at Exhibit 3.
A I have to look. Yes, it did.
Q But it did not include the APHIS user fee?
A No.
Q And the one at Exhibit 2 which is the later period in time, the one that covers 2003 and the first half of 2004, that covered all three?
A Correct.
Q Could you explain how that worked, how they all three were audited together?
A Sure. When Customs and Border Protection was put together and we got the programs for user fee from APHIS and from Immigration and Naturalization, at the point in time that we took control, APHIS was doing their own audits and Immigration was doing their own. Now, Immigration also was doing audits on behalf of Customs at that point in time.
So what you see in Exhibit Number 3 is the audit that they had started before the merger, and so they were doing the Customs one and they were doing the Immigration review for American Airlines. APHIS would



have had their own audit probably at that point in time.
When they came together under us, one of the agreements we made with the airlines was that we would audit all three at the same time, not have two separate groups of auditors go out. So that's why in Exhibit 2 you see that we did all of them under one audit.
Q And Exhibit 3, the audit report that's at Exhibit 3, that covers the period of calendar year 2002, is that correct?
A I'd have to look at it and see what it says. It should say. It covers January 1st, 2002 to December 31st, yes.
Q But I take it from what you said before, that you had no role in the APHIS user fee audit that covered that period?
A I don't believe I did. I don't know. I would have to look at the report and whether it was issued before they came to us or after they came to us. They were on different schedules. They didn't go out necessarily at the same time, so I can't answer that question.



Q Do you remember when APHIS came to you, as you said?
A They came to us within months of each other. APHIS came I believe in September or October, and Immigration came in December of that year.
Q So --
A 2003 I believe it was. 2002. You're asking me to go back, and that far back I don't remember the dates.
Q Whether it was 2002 or 3?
A I remember I was on vacation when they called me and told me I had this responsibility, but I don't remember what year it was.
Q Nice way to ruin a vacation, huh?
A It did ruin my vacation, yes.
Q Take a look again at Exhibit 2.
A Okay.
Q And just to clarify, Exhibit 2 appears to be a four-page letter that you signed, is that correct?
A Correct.
Q And then following that is a User Fee Audit Report?



A Correct.
Q And as we talked about before, this audit report covers the period of January 1st, 2003 through June 30th, 2004?
A Correct.
Q Could you tell me the purpose of the letter that you sent to American Airlines?
A It's a remittal letter. It transmits the audit report to them.
Q And that's the final audit report that's attached?
A I believe it is. It's signed, so I have no reason to believe it's other than the final report.
Q Take a look at pages 4 and 5 of the report. By the way, just for the record the report is numbered, and then below that there are some numbers on this exhibit that start with 34. Those are just the numbers from American Airlines' appendix in the summary judgment proceedings, so they have there were things that were added after the fact.
A Okay.
Q If you'd look at page 5 of the report, is the

21

final immigration user fee audit liability for this audit $270,274?
A That's what the report says, yes.
Q Is that in fact the case or was that in fact the case?
A That was what we asked for, yes.
Q And on that same page was the final APHIS user fee audit liability for this audit $101,224?
A Yes.
Q And can you tell me whether this letter, this February 4th, 2005 letter that's at Exhibit 2, was this the first notification that American Airlines received of the final audit findings and liability for this audit?
A I don't know the answer to that. Generally the policy that regulatory audit has is that the airlines or anybody we audit would be notified at least verbally by the auditors of the finding at some point, either on site or subsequent to. And I know that the user fee audits in particular, they would give the airlines a preliminary finding which then the airlines would use to reduce the finding by coming up with

22

collections that had been in question at that point in time.
Q But with respect to sort of the final liability number, would there be any written notice of that given to American Airlines before this letter at Exhibit 2?
A I do not know that. Like I said, the auditors sometimes will have communication with the airlines and will notify them ahead of time. Whether they did in this particular case, I would have to go through work papers to find out. So I don't know the answer.
Q If that sort of thing did happen, do you have any sense for how much before February 4th, 2005 that might have happened?
A No.
Q Do airlines have any choice in whether the government conducts audits of them in connection with the user fees?
A No.
Q Do they have any choice about whether or not the government is going to assess liabilities against

23

them?
A No.
Q Do you have an understanding of what the principal issue is in this case, in this American Airlines case?
A I believe I do.
Q Can you tell me what your understanding is?
A My understanding is that American Airlines is saying that if they didn't collect the money, they shouldn't have to pay it.
Q And is it your understanding that the government has asserted certain affirmative defenses in this case?
A I'm making an assumption. You're speaking legal talk. I'm making an assumption that what you're saying is have we said we are due that money, and my response to that would be yes.
Q Take a look at Exhibit 1. This was the document that you mentioned you had reviewed.
A Yes.
Q Did you have any role in preparing this document?

24

A Not that I remember, no. I believe probably they took some of it from things that I had said, but I wasn't involved in putting this together, no.
Q Do you understand what the purpose of this document is?
A No.
MR. FEINBERG: Let's mark this 4.
(Deposition Exhibit 4 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, let me show you what's been marked as Exhibit 4. Have you ever seen Exhibit 4 before?
A Oh, I'm sure I have, yes.
Q Can you tell me what it is?
A This would be an engagement letter, an audit engagement letter.
Q In general what is that? What's an engagement letter?
A It's a letter that we send to a company, usually after we've had verbal contact with them, to confirm that we're coming to audit them. It will

**generally give them some information about what to have prepared for us ahead of time.**
Q Take a look at page 3 of this letter. In the middle of the page there's a paragraph that starts "As mentioned." Do you see that?
A **Yes.**
Q That paragraph starts "As mentioned, the review will cover the period from January 1, 2003 through June 30, 2004. However, CBP retains the right to review and assess liability on areas of partial, sporadic or nonremittance of the inspection user fees for a period of the past six years."
First of all, what are the inspection user fees?
A **The user fees in question.**
Q By that you mean the Immigration, Customs, and APHIS user fees?
A **Correct.**
Q And can you tell me what those two sentences mean that I read?
A **It means basically that if something comes to the company's attention or to our attention that**



**indicates that they failed to pay certain amounts that were due, they should let us know or we would retain the right to go back and look at them.**
Q Even if those prior periods have been covered by a prior audit?
A **Yes.**
Q And even if the government had previously made assessments with that prior period or for that prior period?
A **Yes, if it was an area that we hadn't looked at.**
Q What does that mean, an area that you hadn't looked at?
A **If there was something that we had failed to look at and findings came up in that area, then we would retain the right to go back and look at that or if we found that someone had lied to us, we would go back and take a look at that.**
Q Take a look -- Maybe we can see an example of this. Take a look at Exhibit 2.
A **Okay.**
Q If you'd look on page 5 of the report.



A **Okay.**
Q About two-thirds of the way down there's a paragraph that says "During our audit, the company conducted an assessment of landing fees reported on the prior audit and discovered that 2,901 flights were not reported for review period October 2001 through December 2002. The additional landing liability for the prior period is $189,290.25."
A **Yes.**
Q Can you explain what's going on there?
A **We had a computer program that we ran that found a number of flights that had landed but the fee hadn't been paid, and I don't remember specific details of it, but I remember this in general. Basically what it came down to is American Airlines had some flights that they felt were planes that were too small to meet the requirements for paying user fees, and as it turned out they weren't. So when we discovered that issue, American Airlines went back and looked at their past history and corrected for that problem for having failed to pay on those flights.**
Q By the way, this is the APHIS aircraft fee.



That's not a passenger user fee, correct?
A **Right.**
Q That's separate from APHIS?
A **I believe it is the APHIS user fee. Yes, I believe it is.**
Q But it's separate from the APHIS passenger user fee?
A **Yes.**
Q This is the APHIS aircraft landing fee?
A **Right.**
Q Did the government previously audit the APHIS aircraft landing fee for the period of October 2001 through December 2002?
A **Yes, they did.**
Q And then in the next audit which is this audit we're looking at at Exhibit 2, they made an additional assessment of liability?
A **Uh-huh.**
Q Is that a yes?
A **Yes. Sorry. Yes.**
Q I guess in light of that I'm not sure I understand what you mean when you say that they can

look back but only in an area that they hadn't looked at.

**A Or where we were lied to. In this case we weren't lied to, but there was information omitted from the audit that was done previously.**

Q Okay. You say you were not lied to. Is that what you said?

**A I don't believe we were lied to. We didn't assume we were lied to. We assumed a mistake had been made when they reported the number of planes that were eligible.**

Q So is it accurate to say that if additional information comes to light, that you can assess them additional liability on the same area that you previously audited as long as it's within the last six years?

**A Yes.**

Q Do you know where the six-year period comes from?

**A I believe it's a record retention issue.**

Q Do you know how long that six-year --

**A No, I don't. I'm not sure of the specific**



**record retention rules for APHIS versus Immigration versus Customs.**

Q Do you know if Customs and Border Protection has any regulation or other guidance regarding the time periods that it's permitted to audit airlines in connection with the user fees?

**A I don't know.**

Q Do you know if the government generally does, not just Customs and Border Protection?

**A The government as in any agency?**

Q Correct, but I'm speaking only with respect to these user fees.

**A No, I don't know.**

Q Do you know if the government has any regulations or other written guidance regarding when an airline can challenge a user fee audit assessment?

**A I don't know.**

Q Do you know if the government has any regulations or other written guidance regarding how an airline can challenge a user fee audit assessment?

**A In terms of APHIS and Immigration? I don't know. I don't know, no. You need a lawyer for this**



**set of questions. I'm an accountant.**

Q Take a look back at Exhibit 4 which was that July 26th, 2004 engagement letter that we looked at. Still on page 3, the last paragraph starts "U.S. Customs and Border Protection (CBP) and U.S. Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS), are authorized by federal statute (Debt Collection Improvement Act of 1996) and regulation (31 CFR 901.9) to assess and collect interest and penalty amounts, in addition to principal on debts owed."

Do you know what the Debt Collection Improvement Act of 1996 is?

**A In general I know what it is.**

Q What is it in general?

**A It's an act that allows the government to collect debts owed. It's not something I'm particularly familiar with.**

Q Have you ever seen the actual statute before?

**A I've probably seen it.**

MR. FEINBERG: Can we mark this as Exhibit 5.

(Deposition Exhibit 5 was marked for



identification and was attached to the transcript.)

BY MR. FEINBERG:

Q Miss Robinson, let me show you what's been marked as Exhibit 5.

**A Okay.**

Q This is a Lexis printout, so you may not have seen it in this particular format; but if you look at the text, is this the statute that we were just referring to if you know?

**A I don't know. I assume. I would have to assume it is, but I don't know it for a fact, no. That's not my authority.**

Q Did the Debt Collection Improvement Act of 1996 apply to the government's Immigration and APHIS user fee audit assessments?

**A Yes.**

**(Deposition Exhibit 6 was marked for identification and was attached to the transcript.)**

**BY MR. FEINBERG:**

Q Miss Robinson, let me show you what's been marked as Exhibit 6. Be careful, this is one from another case actually. Can you identify Exhibit 6?

33

A **It is a letter to Continental Airlines. It is an engagement letter.**
Q This is another engagement letter?
A **Correct.**
Q And I notice this is very similar to the engagement letter that we looked at at Exhibit 4, is that correct?
A **It should be very similar, yes. There would be some differences, but there shouldn't be many.**
Q For example, this letter at Exhibit 6 has the identical language both about the audit period covered on page 4 of the letter and the fact that the Department of Homeland Security can audit or re-audit any period for the past six years, correct?
A **Yes.**
Q And it also has that same exact language about the Debt Collection Improvement Act on page 5 at the top of the page?
A **Yes.**
Q And I notice you signed this one.
A **Yes, I did.**
Q "This one" being the one at Exhibit 6?

34

A **Yes.**
Q I'm just wondering is there any reason why you might sign one and Miss Browning might sign another?
A **In general if I was there, I would sign it. If I wasn't there, she was authorized to sign it. No specific reason, no.**
Q It doesn't sound like there's much particular importance to that. Is there?
A **To an engagement letter? No.**
Q I mean to who signs an engagement letter.
A **Not that much, no.**
Q Is there any?
A **I wouldn't have had an auditor sign it; but a supervisor or manager, yes, that's fine.**
Q Did the government have a policy or practice regarding charging airlines interest in connection with the user fee assessments?
A **That would be beyond the scope of regulatory audit. You're stepping into the area of the people who actually collect the money, and that's not my area.**
Q Do you know if the government and American

35

Airlines reached any agreement in connection with potential interest charges regarding either of the audits that you worked on?
A **No, I don't or I should say I don't for sure know. I mean, I assume they worked out whatever arrangements need to be paid, but it wasn't something I was involved in.**
Q My real question is just do you have any personal knowledge of any sort of agreement?
A **No. Can I clarify that?**
Q Sure.
A **I know that in the past Immigration and Naturalization did work out deals, but it wasn't something that I did.**
Q And by worked out deals, did they work out deals with American Airlines or are you speaking more generally?
A **I'm speaking generally.**
Q What kind of deals are you referring to?
A **I know that you spoke to Miss Blessing. I'm sure she could have told you. I'm not the person to ask that question.**

36

MR. FEINBERG: Can we mark this 7A and B.
(Deposition Exhibits 7A and 7B were marked for identification and were attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, let me show you what's been marked as Exhibits 7A and 7B. Can you identify Exhibits 7A and 7B?
A **7A would have when a transmittal letter from Mr. Arsenec to American Airlines transmitting a report, and 7B would have been the report transmitted.**
Q Have you ever seen Exhibits 7A and 7B before?
A **I have probably seen it because we did obtain copies of the audits that were done by APHIS; but it's not something that I am intimately familiar with, no.**
Q You weren't involved in performing this audit?
A **No. I don't believe so. My name isn't on here. This is Pierre.**
Q I notice that the transmittal letter at Exhibit 7A is on APHIS stationery?
A **Yes, it is.**

Q Would this have been before the APHIS auditors merged into Customs and Border Protection?
**A Most likely, yes. No, I don't remember. I honestly can't remember exactly when they merged in; but this isn't one that I was involved in, no.**
Q By "this" you mean the audit report that we looked at?
**A I mean Mr. Arsenec's report.**
Q At 7A and 7B?
**A Correct.**
MR. FEINBERG: Can we mark this 8.
(Deposition Exhibit 8 was marked for identification and was attached to the transcript.)
THE WITNESS: I'm still trying to remember exactly when. Okay.
BY MR. FEINBERG:
Q Miss Robinson, please take a look at what's been marked as Exhibit 8.
**A Yes.**
Q Have you ever seen this document before?
**A No, I haven't seen this or if I have, I don't remember.**



Q The first two pages of this exhibit appear to be a letter from American Airlines to APHIS.
**A Yes.**
Q And there's a Re line on the first page that says "Appeal of APHIS fee liability." Do you see that?
**A Yes.**
Q Were you involved in any way with any sort of appeal by American Airlines of an APHIS user fee liability?
**A No. This letter went to Mr. Vollmerhausen at USDA APHIS. This is not something that came to me. So no. This would have been APHIS's responsibility, not mine.**
Q And aside from this particular exhibit, do you recall any sort of appeal by American Airlines in connection with any user fee audits for that matter?
**A No. I mean, that's at this point in time. Later obviously I'm aware that you have come in with the current issue. I mean, I'm not ignorant of that. Okay.**
Q By that you mean the filing of this lawsuit?
**A Right. Yes.**



Q I'm speaking of something in the 2003 time frame and in particular in sort of the May time frame of 2003. No?
**A No.**
Q I asked you before whether or not American Airlines and the government had ever reached any agreements with respect to interest on user fee audit assessments.
**A Yes.**
Q And you said that there weren't any that you knew of, correct?
**A I said that I wasn't involved in any. I'm aware that Miss Blessing's group did do some work with various airlines, and I assume American, in terms of interest.**
Q But there are no -- I think we talked about this before. There aren't any specific agreements that you know of?
**A No.**
Q Aside from interest, are there any agreements that you're aware of that were made between the government and American Airlines in connection with any



user fee audit assessments that you worked on?
**A I think that has to depend on how you're going to -- I hate to say this -- define agreement, but when we go out to do an audit and we, for instance, select a statistical sampling plan or a sampling plan in this particular case, there's always an agreement between the company and the auditors that this is an acceptable representation and that we will use this representation to apply to the airline as a whole. That's not just an airline. That's any audit we do. There is an agreement that unless stated otherwise up front, we agree that the work that's done is going to be accepted and that's what we're going to go with. So that kind of an agreement, yes.**
Q I just want to make sure that I understand what you're saying. Is an example of that let's say the auditors come in and they say we're going to sample these eight flights, and you would want to get American Airlines' agreement that those eight flights represent a fair sampling of the flights during that audit period?
**A We would expect that if they have any**

**disagreement with that, yes, they would say so, and we would discuss then with them what would be a better sample, more representative. Because what we're going to do is take the findings from those flights that we've sampled and apply them to the universe.**

Q I see. Other than sort of the specific methodology like that of the audit, are there other agreements that are made between American Airlines and the government?

A **Formal agreements?**

Q Formal or informal.

A **Not that I know of. My role is restricted to our audit work. So the agreements I'm aware of are the agreements that relate to the audit work that's being done. So what I discussed with you is what I would know about. Anything else I wouldn't know.**

Q Let me give you an example just to make sure we're on the same page. Are there any agreements that you're aware of where American Airlines, for example, specifically agreed not to sue the government in connection with any of the audit reports?

A **I would not be aware of an agreement like**



**that if it existed.**

Q I see. But there are none that you know of presumably?

A **I would not be aware of any. It would not fall within any authority of mine to know that. So I don't know.**

MR. FEINBERG: Can we mark these 9 and 10.

(Deposition Exhibits 9 and 10 were marked for identification and were attached to the transcript.)

BY MR. FEINBERG:

Q Miss Robinson, you've just been handed two exhibits that are marked 9 and 10. Let's start with Exhibit 9.

A **Okay.**

Q Have you ever seen Exhibit 9 before?

A **At some point in time I may have seen this, but again, this did not come to me. And if I saw it, it would have been somewhere down the road, and I don't remember.**

Q So you may never have seen it before today?

A **I may never have seen it. I may have seen it. I don't know whether I've seen it or not.**



Q I take it from what you said though, that you definitely did not see it in October of 2003?

A **It would have been highly unlikely that I saw this.**

Q And if you did see it, do you think you saw it in the context of this lawsuit or some prior time?

A **What do you mean "some prior time"?**

Q Well, you just said you don't think you saw it in October of 2003. Might you have seen it in say January of 2004 or are you thinking maybe you saw it just reading the papers in this lawsuit?

A **I'm not sure. It may have been in relation to the papers in this lawsuit. I was aware that there were some issues coming up. Whether I actually saw the document, I'm not sure.**

Q When you say you were aware of some issues coming up, what are you referring to?

A **I was aware that there were some concerns by at least American on the user fees that had been remitted, but that's about as far as it went.**

Q When did you become aware of those concerns?

A **You know, I'm not sure honestly. Put this in**



**context. I was new, relatively new to my job as director of Field Oversight. I had five offices reporting to me, five audit offices across the country. Like I said, 150 auditors. I was responsible for about five other programs, and I had this put in my lap.**

**So the timing of when I saw or didn't see some of this is very hard for me to remember. There was a lot on my plate. So I can't honestly tell you one way or another, and I hate to say it. So I can't tell you.**

Q I understand. Although as an aside, of the 150 auditors, can you tell me how many of those approximately were working on airline user fee audits?

A **At that point in time back then?**

Q Yes.

A **We got five from APHIS and we had three from Immigration plus we had some contract auditors working with us.**

Q So total?

A **Eight plus two contract auditors, I think three at some point in time.**

Q And what were the other 140 auditors doing?

**A They do the import audits, audits of people who import goods into the United States.**
Q That's something completely separate from user fees I take it?
**A Yes and no. It's all Customs work. But yes, it was different work, yes.**
Q I didn't mean to suggest it's a different type of work. I just meant that you're auditing something other than user fees?
**A Other than user fees.**
Q Take a look at Exhibit 10.
**A Well, other than airline user fees. Exhibit 10?**
Q Yes.
**A Okay.**
Q Have you ever seen Exhibit 10 before?
**A I'm going to give you the same answer that I gave you on Exhibit 9. I may have. I don't remember if I did. It could have been at any point in time after this. It could have been in December. It could have been in January. I don't know.**
Q Do you know if American Airlines realized



that it might have a claim against the government in connection with the user fee audits before October of 2003?
**A How would I know that?**
Q I'm not saying you would.
**A No. I'm sorry. I don't know. No.**
Q To your knowledge before October of 2003 did American Airlines ever threaten to take any legal action against the government based on the argument that the government did not have the right to assess liability for uncollected user fees?
**A No.**
Q Did any other airline to your knowledge?
**A Not to my knowledge.**
Q In your view has the government been prejudiced because American Airlines didn't raise its claims in this case sooner?
**A Yes.**
Q And can you tell me how?
**A If we had known when these audits were happening that that was going to become an issue, we would have done several things differently. One, we**



**would have worded the audit reports differently something which I believe is being started.**
**The other thing is we would have approached the audit work differently. We would have approached it much more in the way we do the rest of our audit work, and that is with an internal control review and then a review of the financial records to find out what was actually paid and what wasn't actually paid.**
Q Anything else?
**A That's quite a bit.**
Q Was there anything other than those two items?
**A I think probably we would have also worked to clarify the regulations if we had known that.**
Q Anything else?
**A Not that I can think of. That doesn't mean there wouldn't have been.**
Q The first item that you mentioned, I just want to make sure I understand it. I think you said that you would have ordered the audit reports differently?
**A Worded.**



Q Worded?
**A Worded them differently.**
Q I see. That makes more sense. And how would you have worded the audit reports differently?
**A At that point in time I believe what we were saying was essentially that the money was uncollected, and we just applied that to everything. We would have been much more specific about what we had verified was actually uncollected versus what we were unable to verify was collected or not.**
Q Do you have any reason to believe that American Airlines intentionally misled the government by not raising its claims sooner?
**A I'm in no position to make that kind of a judgment.**
Q Can you tell me from October 2003 till the present, has the government taken any actions to revise the user fee regulations to clarify that airlines are liable for fees they don't collect?
**A I am aware that there is some work being done to clarify the regulations, but I don't know specifically what they're doing. It's not something**

**that I'm responsible for, that I'm involved in.**
Q Do you know which user fees that applies to?
**A I am making an assumption that it applies to all three user fees.**
Q And do you know when that effort began?
**A No.**
Q Are you aware of any actions the government has taken from October of 2003 until the present to revise the user fee statutes to clarify that airlines are liable for uncollected user fees?
**A That's outside of my area. I can't speak to that.**
Q Are you aware of any actions the government has taken between October of 2003 and the present to adjust the amount of the user fees to factor in expected shortfalls in collections by airlines?
**A Again, that's outside of my area.**
Q Are you aware of any actions the government has taken between October of 2003 and the present to perform additional reviews of airlines' internal controls to try to identify problem areas in collecting user fees?



**A Can you clarify the question a little bit?**
Q Sure. Can you help me understand what you don't understand?
**A Do you mean in terms of audit work or are you talking about something else?**
Q Either one. Either in the context of the audits or outside of the audits.
**A Outside of the audits, I don't know. Inside of the audits, before I left there was some discussion. I don't know where that's gone.**
Q And can you tell me when this discussion was taking place?
**A There were just preliminary discussions about changing the way we did it; but as I said, I don't know where it's gone, and that would have been before I left.**
Q Which timing-wise would have been I guess you left in '06?
**A Yes.**
Q Can you tell me approximately when these discussions took place?
**A Not formal discussions. Just discussions,**



**you know, should we consider this, should we not, that kind of thing. So I can't give you a specific timing, and I haven't been involved in anything formal on that.**
Q Can you tell me what actions the government has taken between October 2003 and the present to revise any of its audit procedures in connection with checking whether or not the airlines are collecting user fees or could be doing anything more to collect user fees?
**A No, because I left. Whatever policies we had in terms of what we were doing that were in place when I left, that would be the last I would be familiar with.**
Q I see. So before when you mentioned that the government might have done its audits differently, you're not aware of the government actually changing its audit procedures so that it did do something differently, is that correct?
**A If we were where we are today and I was -- If American Airlines had come in when we were doing the audit in 2004 and told me that we are going to contest what you're doing, I would have had the auditors do it**



**differently at that point in time. It would have been done without following the normal procedures but it would have been done because of the issue that was raised. I did have the ability to say we will do this one this way because of that.**
Q I understand that you say if you would have known, you would have done something differently, but my question is a little bit different. I'm trying to figure out whether you actually have done something differently with respect to American Airlines or any other airline for that matter?
**A And what I have to tell you is I'm not in that organization anymore. Where I am now, I don't do those types of audits. So I don't know whether they are or aren't doing them differently.**
Q But while you were still there through '06, did they do the user fee audits any differently?
**A No.**
Q So through your tenure in '06, the government was performing the airline user fee audits in essentially the same exact manner that it had been for years?

53

A **Yes.**
Q Have you reviewed the analysis that American Airlines' experts have prepared in this case?
A **No.**
MR. FEINBERG: Mark this 11.
(Deposition Exhibit 11 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, let me show you what has been marked as Exhibit 11. I assume you've seen Exhibit 11 before?
A **I have, yes, a while back.**
Q I'm sorry. That wasn't what I wanted to show you.
A **2007, 3/21, March.**
Q Yes. Put this aside. We may look at that. I wanted to show you a different one.
MR. FEINBERG: Can we mark this 12.
(Deposition Exhibit 12 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Let me show you what's been marked as Exhibit

54

12.
A **Okay.**
Q I assume you've seen Exhibit 12 before also?
A **Yes.**
Q And this is one of your declarations in the American Airlines case?
A **That's correct.**
Q Take a look at paragraph 7.
A **Yes.**
Q The first sentence says "If American failed to produce evidence that a user fee was collected for a sampled ticket, the auditor would accept American's statement that no such fee was collected."
A **Yes.**
Q I take it from that statement that American Airlines' representatives during the audit stated to the government auditors that certain user fees were not collected?
A **I don't know whether they stated. I assume they did, yes. They would say certainly we can't find evidence of collection. I wasn't there, so I don't know what the words were.**

55

MR. FEINBERG: Mark this 13.
(Deposition Exhibit 13 was marked for identification and was attached to the transcript.)
BY MR. FEINBERG:
Q Miss Robinson, let me show you what's been marked as Exhibit 13. Another one I know you've seen.
A **Yes, I have.**
Q This is another declaration that you submitted in the American Airlines case?
A **Yes.**
Q Take a look at paragraph 4.
A **Okay.**
Q Paragraph 4 says "On the other hand, if the ticket did not have evidence that the user fees were collected, then the auditors would designate this ticket as a 'potential error' and request that American provide evidence of user fee collection. For such a ticket, the auditors did not review any general ledger accounts to determine if the user fees had been deposited into an account. Instead, the auditors would request that American research its own collections to determine whether it had in fact collected the user

56

fees for such ticket."
A **Correct.**
Q Can you tell me what sort of things American Airlines did to research its own collections?
A **I don't know. That would have been up to American Airlines. We left it in their hands. So what they did, I don't know.**
Q Did they ever come to the government auditors and say "Here, we've found some evidence of collection" in their research?
A **Yes, they did.**
Q What sort of things did they produce as evidence?
A **Occasionally they would show us that the ticket had been paid by looking under the miscellaneous category on the ticket. It might have been included there. Sometimes the tickets didn't have to be paid. There were exemptions that applied that weren't evident on the face of it. So they would clarify in those ways. I'm sure there were other ways.**
Q Is one of them producing evidence that the user fee had been collected after the time of

57

ticketing?
**A It may have been, but I'm not aware of specifically whether that happened or not.**
Q Did you personally ever see any of this evidence that American would produce saying "Oh, yes, we collected a fee for this ticket"?
**A In general, no.**
Q Let's take a look back at Exhibit 2.
**A Okay.**
Q And take a look in the audit report at Exhibit 1. It's Exhibit 1 to the audit report that is at Exhibit 2 of this deposition.
**A Okay.**
Q You see that?
**A Yes.**
Q This is a summary of the final audit liability for the immigration user fees?
**A Right.**
Q And that shows at the bottom the $270,274 that we talked about earlier?
**A Yes.**
Q And towards the top it says IUF not

58

collected: 3.5.
**A Yes.**
Q And the IUF is immigration user fee I assume?
**A Yes, it is.**
Q Is this an example of the wording that you say you would have changed in the audit reports?
**A Yes.**
Q Can you explain that?
**A Because we have no way of knowing definitely whether that was or was not collected, there are actual issues where there would have been specific noncollections we could have identified. The others we would not have said not collected. We would have said unaccounted for or something to that effect.**
**I believe there's actually some wording in the audit reports now. I don't remember what it is, but we have changed the wording since then. So the 3.5 could have been not collected and could also have been that there were other issues with it.**
Q I see. So for the immigration user fee there were 3.5 total errors?
**A Correct.**

59

Q And your point is that some of them might have been uncollected, some or all or none, correct?
**A Correct.**
Q And some of them might have had other issues, for example, where you don't know whether they're collected or not but you don't have any proof that they're collected?
**A Correct.**
Q And you can't tell the difference?
**A In some cases we wouldn't be able to tell the difference. In some cases it would have simply been -- I'm trying to think of an example, and I can't, but there would be examples where it would have been collected and not remitted. Occasionally mistakes are made where the airline collects the fee but for whatever reason, because it's in a different category or whatever, it doesn't get remitted to the government.**
Q I have seen that language in the audit reports where you separate out, even in older audit reports, user fees that you believe have been collected but not remitted properly.
**A There would have been a couple of different**

60

**areas that they looked at. There was a review done of a particular sort where they looked and they would find by looking through accounts that there was money in there that hadn't been remitted but had been collected, but there would be also categories here where it wouldn't have been in that part of the review. It would have been in another part of the review where it would have been collected but not remitted, and that was not a distinction that we made at this point in time.**
Q I see. Why did you use that language, immigration user fee not collected?
**A Because essentially at that point in time that was the wording that had been used all along. I don't think I could tell you other than an assumption was made that if it couldn't be proved collected, then we would say not collected.**
Q If it couldn't be proved collected, in your view was it likely that it was in fact uncollected?
**A Some of it, not all of it. In general there's a certain point at which a company, it's easier for them to pay than it is for them to go back and dig**

61

through old records, and I can't begin to imagine whether American reached that point or not with certain payments.
Q I guess what I'm struggling is with why you said on the report not collected?
A **Because that was probably the majority of the tickets maybe or that was an assumption that they had made early on when these reports were first started. It wasn't something we ever questioned because it wasn't an issue that came up because there was no questioning of whether or not it was going to be paid. So there was no reason to change the wording. With hindsight now I would have been far more specific. I would have gone back and changed it as I believe we have already done.**
Q I guess what I'm trying to figure out, and you've touched on this a little bit, is you go through these audits. You find in this case 3.5 errors, maybe more that have been resolved, and you have looked through what you think as the auditors are the relevant records, correct?
A **Uh-huh.**

62

Q That includes things like the tickets themselves?
A **They've looked at the tickets, yes.**
Q And sales reports, for example?
A **To a certain extent, yes.**
Q I mean, we have the whole list I guess at Exhibit --
A **You have the list, but keep in mind we don't look at everything on that list. And in some cases, with American in particular, we did ask for trial balances and several other things in the last audit that we did, and we were denied access to those things. So we weren't always able to look at everything that we might have looked at.**
Q I notice in the same Exhibit 2, that it makes reference to the general ledger. Did you review the general ledger?
A **The auditors looked at specific accounts in the general ledger, in particular the accounts for the tickets, the XY, the user fees that were related to those tickets and the miscellaneous user fee collection.**

63

Q What's the miscellaneous user fee collection?
A **It's one where I can't remember the letters at this point, but there was one for Immigration, there was one for Customs, there was one for APHIS, and then there was one where they put assorted fees that were collected.**
Q Is this the XT code?
A **Probably, yes.**
Q But you did look at the general ledgers in connection with those accounts?
A **With those accounts.**
Q Back to my previous question which is you looked through those materials, correct?
A **Yes.**
Q And then you were proposing to assess a liability, and American went back and looked at whatever records it thought it might be useful to look through?
A **Yes.**
Q And with all of that there was no evidence that a particular user fee had been collected, correct, if it stayed an error?

64

A **The way you put it, yes.**
Q I realize that you might find evidence, but then it would get taken off the error list?
A **Correct.**
Q But if after all of that there was no evidence of collection, then it remained on the error list?
A **Yes.**
Q And so, for example, in the audit that we were looking at at Exhibit 2, for the 3.5 immigration user fee errors, you went through this whole process and nobody could find any evidence of collection for these three-and-a-half tickets, correct?
A **I would say nobody found evidence of collection. To be more accurate from my perspective, nobody presented us with information to show that it had been collected.**
Q Do you have any reason to believe that American might have found information that showed collection but not presented it to the government auditors?
A **I wouldn't have reason to believe that. I**

65

**also wouldn't have reason to believe that they looked very hard one way or another.**
Q In light of those actions that took place, can you say that it's likely that those tickets that represent the 3.5 errors in fact are not collected? I realize we don't know for sure, but can you make any characterization of that?
**A I'm going to be a pain here. I'm an auditor, and what I would tell you is that I wouldn't say it was -- No, I wouldn't use those words. I would say it's possible that they weren't collected, but I wouldn't say it's likely. I would only say it's possible.**
Q I guess that brings me back to my question. If that's the case, why did you say not collected?
**A Hindsight and, like I said, if we had known that this was going to come up, we wouldn't have said that. We've changed it. We wouldn't have said it now.**
Q I realize that, but I assume you're trying to be accurate in these reports.
**A We are trying to be accurate.**
Q And are you telling me that it's completely

66

inaccurate to say not collected for those three-and-a-half errors?
**A I think that at that point in time what American Airlines told us is we didn't collect this or we are unable to find evidence of collection. So something imprecise was used as the terminology in the reports. Again, as I said, if I knew then what I know now, it would have been much more specific than it is, and the very fact that we're sitting here having this conversation has to say that we would have done it differently if we had known that it was going to come into question down the road because no auditor wants to be imprecise, but none of us are perfect, and we didn't know then what I know now.**
Q Is there any other language in the audit report of Exhibit 2 that you believe is imprecise?
**A I would have to sit and go through the audit report and look at it. And before I do that, I would need to have a short break.**
Q Well, tell you what, I'm actually almost done. Why don't we take a quick break, and during the break why don't you take a look at Exhibit 2, and we

67

can come back after the break.
**A Okay.**
**(Recess)**
**BY MR. FEINBERG:**
Q Miss Robinson, have you had a chance to review more carefully Exhibit 2?
**A I have looked through it, yes.**
Q And you were looking to see if there's anything else that you believe was imprecise in the wording in Exhibit 2. Have you found anything?
**A I don't see anything on the face of it. I think that given the review that was done or the superficial review, the wording is probably not bad at this point in time. We didn't just say not collected. We did say not allocated also. There could have been several other potential scenarios that aren't in here, so maybe that could have been more precise. We could have maybe added something, but I can't right now think of what we would have added.**
Q When you say superficial review, are you talking about the audit review or your review right now of Exhibit 2?

68

**A My review and actually the audit. We didn't go into the company financial records in a lot of depth. We looked at the tickets, and we looked at the accounts related specifically to tickets at American Airlines. We didn't look beyond that. So from my perspective that's a fairly superficial review, yes.**
Q So in your view the only incorrect or imprecise language in the entire audit report is that not collected language that shows up on the exhibits?
**A No. I think that there could have been more clarification, but I think that's the most obvious is the not collected, yes.**
Q And in fact, you think the not collected is just wrong, those 3.5 errors don't necessarily represent not collected user fees?
**A I think those represent fees that were not paid that should have been paid.**
Q Not paid by whom?
**A By American or by the passengers. I don't know which. Either American should have remitted them because they got them or the passengers didn't pay them. From that, I don't know which it was. It could**

**have been either/or.**

Q I have no further questions unless, Miss Robinson, there's anything else you feel needs to be added or clarified about what we talked about before?

**A No, I don't think so.**

MR. FEINBERG: I have no further questions.

MR. CHADWICK: We have no questions. We'll want to sign.

(Signature having not been waived, the deposition of Daune I. Robinson was concluded at 11:40 a.m.)



ACKNOWLEDGMENT OF DEPONENT

I, Daune I. Robinson, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata Sheet signed by me.

__________________ ________________________

(DATE) (SIGNATURE)



CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Nancy Bond Rowland, Registered Professional Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am nether counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 19th day of May 2007.

My commission expires:
October 31, 2009

________________________

NOTARY PUBLIC IN AND FOR THE
DISTRICT OF COLUMBIA



ERRATA SHEET

IN RE: American Airlines v. USA

RETURN BY: ________________________

PAGE LINE CORRECTION AND REASON

____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________
____ ____ ________________________

__________________ ________________________

(DATE) (SIGNATURE)

ERRATA SHEET CONTINUED

IN RE: American Airlines v. USA

RETURN BY: ______________________________

PAGE LINE CORRECTION AND REASON

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

____ ____ ______________________________

______________ ______________________________

(DATE) (SIGNATURE)