# In the United States Court of Federal Claims

No. 04-1736C
Filed: May 30, 2007

| | |
|---|---|
| AMERICAN AIRLINES, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant. | |

**ORDER**

The court hereby orders the parties to file the relevant expert testimony, declarations, and depositions for the May 31, 2007 oral argument regarding affirmative defenses and damages.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**