IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1736C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF STIPULATED, PREPARED TESTIMONY OF BARBARA BLESSING, DAUNE ROBINSON, AND KEVIN SHEA**

Defendant, the United States, respectfully submits the attached written statements, which we and plaintiff, American Airlines, Inc., stipulate reflect the direct testimony that these three Government witnesses – Barbara Blessing of Immigration and Customs Enforcement; Daune Robinson of U.S. Customs and Border Protection; and Kevin Shea of the United States Department of Agriculture, Animal and Plant Health Inspection Service – would have delivered under oath in Court at a hearing concerning affirmative defenses and damages in this matter.

The parties have agreed to a hearing on a paper record. The Government prepared this written testimony, for ease of reading by the Court, by drawing upon prior testimony given under oath or penalty of perjury by these witnesses. Minor factual corrections were made. American Airlines, through counsel, has agreed to rely solely upon the transcripts of these witnesses' depositions, which have already been filed with the Court, in lieu of live cross-examination.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, DC

May 30, 2007