**PREPARED TESTIMONY FOR DEFENDANT OF DAUNE ROBINSON**
**AMERICAN AIRLINES, INC. v. UNITED STATES, 04-1736C (JUDGE BRADEN)**

Q. Are you employed?

A. Yes.

Q. Where?

A. At U.S. Customs and Border Protection, in Washington, D.C.

Q. What position do you hold?

A. I am designated a senior auditor in the Office of Finance.

Q. How long have you worked for CBP?

A. Since 1987, when the border protection function was within the Immigration and Naturalization Service.

Q. What other positions have you held there?

A. I started as an auditor in the Regulatory Audit Division, and I became a computer audit specialist. In about 1994, I was made a supervisory auditor. In 2001, I became an audit field director, and then in 2002, I became the director of Field Oversight for INS, supervising all of the field auditors. In about July 2006, I left the Regulatory Audit Division of what was by then CBP, and moved to the Office of Finance, where I am now.

Q. In which of those jobs, if any, have you had any involvement with the immigration inspection user fee audits?

A. Only as director of Field Oversight, from 2002 to 2006.

Q. And what was your role in connection with the audits in that position?

A. I was in charge of the user fee audits. It was my program. The user fee auditors who came to CBP from APHIS and from the INS all reported to me.

Q. And did you supervise other audit work, in addition to the user fee audits?

A. Yes. I supervised approximately 150 auditors, either directly or through the chain of command. Of those, about eight to 10 were performing either immigration or APHIS user fee audits at any given time.

Q. Why would CBP be doing APHIS user fee audits?

A. When Customs and Border Protection was created in the Department of Homeland Security in 2003, the immigration, APHIS, and customs user fee audits were all consolidated with us. We agreed with the airlines that we would perform audits for all three fees at the same time, rather than with separate groups of auditors.

Q. To whom did you report?

A. To Cindy Covell, the director of the Regulatory Audit Division.

Q. Which user fee audits of American Airlines were you involved in?

A. The latest two that are at issue in this case. They were done in 2004 and 2005.

Q. When did you become aware that American Airlines had challenged the liability that was determined in either of those two audits?

A. I really don't remember. There was a lot on my plate as director of Field Oversight, and some things are very hard for me to remember.

Q. Do you think the Government has been prejudiced because American didn't raise its claims in this case sooner?

A. Yes.

Q. Why?

A. If we had known when these audits were happening that this was going to become an issue, we would have done several things differently.

Q. What things?

A. One, we would have worded the audit reports differently, which I believe is being started now. At that time, what we were saying in the reports was essentially that the money was uncollected, and we just applied that statement to every error. Had we known it would later be an issue, we would have been much more specific in our reports about what we had verified was actually uncollected, versus what we were unable to verify was collected.

Q. So why did the audit reports use the term, "not collected?"

A. Essentially, because that was the wording that had been used all along. I don't think I could tell you another reason, other than that we assumed that if a fee couldn't be proven

collected, then we would say "not collected." It wasn't something we ever questioned, because the issue of whether the fee amount was going to be paid never came up. So there was no reason to change the wording. With hindsight, I would have been far more specific. Today, I would say nobody found evidence of collection. It is more accurate, from my perspective, to say that nobody presented us with information to show that the fee had been collected.

I think that what American Airlines actually told us about the errors is, we didn't collect this, or we are unable to find evidence of collection. If I had known then what I know now, the report language would have been much more specific than it is. The very fact that we're having this discussion now indicates to me that we would have done things differently, if we had known these questions would be raised. No auditor wants to be imprecise, but no one is perfect, and we didn't know then what we know now.

Q. Do you have any reason to think that American might have found information that showed collection of a fee, but not presented the information to the Government auditors?

A. No – but I also wouldn't have any reason to believe that American looked very hard, one way or another. As an auditor, today, I would only say it's possible that the fees we identified as errors weren't collected. I wouldn't say it's likely. I would only say it's possible.

Q. Is there anything else you think CBP would have done differently if you had known of American's position as to its liability for uncollected fees?

A. Yes. We would have approached the audit work itself differently. We would have approached it much more in the way we do the rest of our audit work – that is, starting with an internal controls review, and then a review of the carrier's financial records, to find out what was actually paid and what wasn't actually paid. From my perspective, these were fairly superficial audits. We didn't go into the company records in a lot of depth. We looked at the tickets, and we looked at the accounts specifically related to tickets. We didn't look beyond that.

If American Airlines had come in when we were doing the audit in 2004 and told me it was going to contest what we were doing, I would have had the auditors do it differently. The audit would have been done outside the normal audit procedures, but it would have been done. I had the authority to say, we will do this one audit a different way, for this reason.

Q. Are you aware of any steps CBP has taken to modify the user fee audits to date?

A. No. At the time I left Regulatory Audit in 2006, there were just preliminary discussions about changing the audits. Should we consider doing this, should we not, that kind of thing. I don't know what has happened or has been discussed since I left.

Q. Defendant has no further questions for this witness.