**PREPARED TESTIMONY FOR DEFENDANT OF KEVIN SHEA**
**AMERICAN AIRLINES, INC. v. UNITED STATES, 04-1736C (JUDGE BRADEN)**

Q. Are you employed?

A. Yes.

Q. Where?

A. At the U.S. Department of Agriculture, Animal and Plant Health Inspection Service.

Q. And that is what we refer to as APHIS, A-P-H-I-S?

A. Yes.

Q. What is your current position?

A. I am the associate administrator/chief operating officer of APHIS.

Q. How long have you held that position?

A. Almost three years; since 2004.

Q. When did you begin working for APHIS?

A. In November 1978.

Q. Have you worked continuously at APHIS since then?

A. Almost continuously. I left APHIS in 1991, but then returned in 1992 as the associate director of the Policy and Program Development Unit, and I have been with APHIS since then. In 1993, I became the director of the Budget and Accounting Division. In about 2000, I became the deputy administrator of Policy and Program Development. I was in that position until about August or September of 2004, when I assumed my current position.

Q. Which of those positions, if any, involved anything related to user fees?

A. Each had some relationship to the APHIS user fee. As the director of Budget and Accounting between 1993 and 2000, I oversaw the unit that actually developed the fees, came up with the rates. When I was the deputy administrator for Policy and Program Development, that unit drafts regulations for publication in the Federal Register, which include the user fee regulations. And since 2004, as chief operating officer, I have day-to-day operational responsibilities for the entire agency.

Q. Have you been involved in particular user fee audits?

A. No.

Q. Did any of the auditors report to you?

A. No. The auditors sent me copies of their final audit reports in my capacity as the director of Budget and Accounting. Because Budget and Accounting developed the user fees, I reviewed the reports in a general way, just to see what kinds of collection numbers were being obtained.

Q. In that capacity, did you review any audit documents other than the final audit reports?

A. No.

Q. Do APHIS auditors still perform the user fee audits today?

A. No. When the Department of Homeland Security was created in 2003, the function of auditing the user fees was transferred entirely to DHS. The people from APHIS who were doing the user fee audits literally were transferred as employees of USDA to DHS. My understanding is that now, the DHS auditors perform audits for the APHIS user fee, the immigration inspection user fee, and the customs inspection user fee.

Q. Does APHIS have any role in how the use fee audits are conducted?

A. Yes. I know that the APHIS employees who are involved in setting the fee in the regulations consult with the auditors. I don't know the details. Also, after the audits, APHIS issues the letters notifying the airlines of their audit liabilities for the APHIS user fee, and the revenues are paid into an APHIS account.

Q. Do you understand the nature of American Airlines's illegal exaction claim?

A. Yes.

Q. When did you first learn this was American's position?

A. In approximately October 2003, when American wrote to APHIS requesting refunds.

Q. How did you react?

A. I was surprised. American Airlines has been audited approximately half a dozen times over the course of time since this user fee was implemented in 1991. During every audit, American had the opportunity to dispute any ticket that was counted as an error. In every audit,

we sample tickets that were issued, and we determine where fees were not collected, and we do that for a selected number of flights, and determine a rate of noncompliance. So over time, in each audit, an airline has the opportunity to dispute unpaid fees on any particular ticket used in determining the error rate. And American paid APHIS without objection, after each audit, until the most recent one. Indeed, the airlines – not only American, but all airlines – have historically paid in accordance with every audit report.

Q. Do you believe that American Airlines realized it might have an illegal exaction claim before October 2003?

A. I would have no way to know, one way or the other.

Q. What difference, if any, does it make to APHIS that American Airlines did not raise its objection at the time of the audits?

A. It has been to the detriment of the Government because, had we had some idea that American thought this was improper, or that fees that American did not collect were not owed to us, we would have taken steps to remedy that.

Q. What steps?

A. Probably a number of steps. For one thing, we probably would have sought to clarify in our regulations our position that the airlines are responsible to not only collect, but to actually pay the fee for each ticket upon which a fee is appropriately assessed.

Q. Including uncollected fees?

A. Yes. We could also very well have sought clarifying legislation. So we could have sought either a regulatory clarification or a statutory clarification.

Q. From October 2003 until the present, has APHIS taken any actions to change its regulations in that way?

A. We have begun the process of doing that.

Q. When did you begin?

A In 2007.

Q. What is the status?

A. We are drafting a proposed rule making to clarify our position on when the user fee is owed to APHIS by the airlines.

Q. Has anything been released to the public?

A. No.

Q. Is there any reason this did not begin before 2007?

A. We were waiting to see exactly how the courts would interpret the regulations. It has been, and still is, our position that the statute and the regulations are clear. Obviously, that view has not been universally shared. So we feel the time has come to make our position very clear.

Q. Has there been any attempt, that you know of, to amend the APHIS user fee statute to clarify that airlines are liable for user fees when they don't collect them?

A. Not formally, but we are internally drafting potential legislation. The legislative drafting process in the Executive Branch is slow and confidential.

Q. When did this legislative drafting begin?

A. Also in 2007.

Q. Is there anything else you would have done differently, had APHIS learned of American's claim before October 2003?

A. I am not an auditor, but I understand we could have conducted the audits somewhat differently. The question of whether a particular user fee actually went uncollected, and if so, why it wasn't collected, could have been an affirmative part of our audits all along. Of course, it was not part of the audits, since we were not aware of that issue.

Q. Is there anything else you would have done differently?

A. Yes. We have relied on our interpretation of this regulation for 16 years, since the AQI user fee was implemented in 1991, and we have set the fee presuming we are indeed collecting for every covered passenger. We do not factor in a percentage for fees not collected from covered passengers. If we had been persuaded the airlines were not responsible for paying fees that they did not, or could not, collect, we could have factored that into the fee schedule.

Q. How?

A. For example, the fee is now $5 per covered passenger. We might have made it, say, $5.20, to factor in a certain percentage for fees that would be uncollectible.

Q. From October 2003 until the present, has APHIS taken any actions to adjust the amount of the user fee to factor in expected shortfalls in that manner?

A. No. We have adjusted the fee, but not for that purpose.

Q. Are you aware of the assertion made by American in this case that APHIS actually expected from the beginning that a certain portion of the fees would not be collected?

A. Generally, yes.

Q. What is your reaction to that assertion?

A. It is not correct. It is true that we factored in the possibility that an airline could go out of business and not pay after having collected fees. But we did not set the fees with any expectation that X percent of fees would not be collected from the individual passengers.

Q. Do the amounts that APHIS collects in connection with the airline audits materially affect the total amount of passenger user fees that APHIS collects annually?

A. I believe so. When I had more direct knowledge of the numbers, as director of the Budget and Accounting Division in the mid- and late 1990s, very significant amounts were being discovered in these airline audits, literally millions of dollars a year, at a time when our annual revenue from user fees was probably less than $100 million. So the collections through audits amounted to a significant percentage of revenue – certainly more than 1 percent, but probably less than 10 percent.

Q. Do you think that is still true today?

A. I don't know. The annual revenues for APHIS from user fees are much higher today, mainly because of increased international air traffic. Also, I don't know what percentage of the total fees APHIS is collecting today through audits, versus in the airlines' quarterly remittances.

Q. Defendant has no further questions for this witness.