**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN AIRLINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 04-1736<br>Judge Susan G. Braden |

**FIRST STIPULATION**

The parties to this action agree to this First Stipulation pursuant to the General Terms and Definitions stated herein.

**General Terms**

1. All stipulated facts are admitted by both parties and shall be taken as true for the purposes of this action.

2. This First Stipulation is entered into for purposes of resolution of this action only, and the matters contained in it are not admitted for the purposes of any other litigation.

3. The parties reserve the right to offer evidence as to all facts not expressly agreed on in this First Stipulation.

**Definitions**

1. The term "User Fee Audits" means the audits identified and discussed in Paragraphs 27 through 83 of AA's Amended Complaint (Doc. No. 58) in this case.

2. The term "Error" has the same meaning as the term "Confirmed Error" in paragraph 6 of Defendant's Response to Plaintiff's Proposed Finding of Uncontroverted Fact filed in this case on May 26, 2005 (Doc. No. 20).

**Stipulations**

The parties hereby stipulate to the following facts:

1. Exhibit 6 to the Direct Testimony of David S. Williams (Doc. No. 63) lists each and every Error from each of the User Fee Audits.

2. Exhibit 6 to the Direct Testimony of David S. Williams does not list any tickets that are not Errors from one of the User Fee Audits.

3. All of the information shown on Exhibit 6 to the Direct Testimony of David S. Williams for each ticket is accurate.

Respectfully submitted,

___/s/ Adam P. Feinberg________

Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-6087
(202) 628-0858 (Facsimile)

Counsel for Plaintiff

*Of Counsel*:
David R. Hamill
ARENT FOX
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 857-8940
(202) 857-6395 (Facsimile)

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border
Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of
Agriculture
Washington, DC

May 30, 2007