claim in order to ensure that our response receives the appropriate level of review within the two