IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1736C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND BY POST-HEARING BRIEF TO PLAINTIFF'S NEW COUNT III

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge by five business days, from today, June 15, 2007, to June 22, 2007, the due date for only that portion of our post-hearing brief addressing count III ("Illegal Exaction/Disgorgement of Interest and Penalties") of the second amended complaint filed by plaintiff, American Airlines, Inc., on June 4, 2007. Adam P. Feinberg, counsel for American Airlines, states that American does not oppose this request. We intend to timely file the portions of our post-hearing brief concerning the Government's affirmative defenses.

American first raised before the Court its claim that interest and penalties were illegally exacted from it during the argument on May 31, 2007. Moreover, that allegation appears to raise questions of first impression. We seek additional time to respond to American's newly asserted claim in order to ensure that our response receives the appropriate level of review within the two directly affected agencies – U.S. Customs and Border Protection and the United States Department of Agriculture, Animal and Plant Health Inspection Service – and the Department of Justice. Under these circumstances, and especially given that our response to the second

amended complaint is due on Monday, June 18, 2007, the requested enlargement is reasonable and should cause no undue delay or inconvenience.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge by five business days, from June 15, 2007, to June 22, 2007, the due date for only that portion of our post-hearing brief addressing count III of the second amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, DC

June 15, 2007

CERTIFICATE OF FILING

I certify under penalty of perjury that the attached document was electronically filed on June 15, 2007. I understand that service is complete upon filing and that parties and others may access the filing through the Court's electronic system.

s/Kyle Chadwick