U.S. Department of Justice
Immigration and Naturalization Service

DHS Debt Management Center
P.O. Box 5000
Williston, VT 05495-5000
*(802) 288-7600*

**DMC-3A-0073**
70X5087.1 (81)$ 603,840.00
701435 (48)$ 12,010.00
700199 (49)$ 36,031.00

*******First Delinquent Notice *******
September 12, 2003

American Airlines
P.O. Box 619616
Dallas/Fort Worth Airport, TX 75261

Tax Payer Identification Number: 13-1502798

A recent audit completed by Department of Homeland Security (DHS), Immigration Office of Financial Management had found a financial liability of $603,840.00, not including interest or penalties. DHS is authorized by Federal Statute (Debt Collection Improvement Act of 1996) and regulation (31 CFR 901.9) to assess and collect interest and penalty amounts, in addition to principal on debts owed to the DHS. Interest and penalty is computed from the period when the fees were originally due to the date of this invoice on the amount of $603,840.00. Interest has been assessed in the amount of $12,010.00 and penalties have been assessed in the amount of $36,031.00. The total liability for this new audit is now **$651,881.00.**

If payment is not made by October 12, 2003 additional interest and penalty charges will be assessed.

If you choose to make your payment in the form of a check or money order, you should send it by express mail (e.g., DHL, Federal Express) or courier service to the address that follows. (You should not use this address for mail sent through the Postal Service.)

Using the Postal Service:

**Department of Homeland Security**
**c/o Bank One**
**P.O. Box 93963**
**Chicago, IL 60673-3963**

Using Express Mail or Courier:

**Department of Homeland Security**
**c/o Bank One**
**INS Account #93963**
**525 West Monroe Street**
**7th Floor Mailroom**
**Chicago, IL 60661**

If you prefer, you may make payment by wire transfer to Bank One (please include all wire fees.) Be sure to include the following information on your transfer.

**ABA #071000013**
**Acct #1115146**

To ensure proper credit, it is vital to include the identifying information listed below.

**Account Number: 93963**
**Remittance Period: November 1, 1998 to December 31, 2002**
**Your current mailing address**

**Exhibit 2**

## IMPORTANT INFORMATION REGARDING THIS INVOICE OR NOTICE

**Standards for Assessing Late Charges.** Interest and handling charges will be assessed monthly if payment is not received within thirty (30) days of the date of this notice. The rate of interest will be the rate of the current value of funds to the United States Treasury effective on the date of this invoice. The rate is the Treasury tax and loan account rate. It is published by the Secretary of the Treasury in the FEDERAL REGISTER and the TREASURY FISCAL REQUIREMENTS MANUAL BULLETINS annually or quarterly.

The percentage rate of interest applied to an overdue payment will remain in effect until complete payment is received. Handling charges will be assessed to cover administrative costs incurred as a result of not receiving timely payment. Handling charges will accrue at monthly rates of five dollars ($5.00) for each of the first two (2) months of delinquency and ten dollars ($10.00) for each month thereafter. In addition to interest and handling charges, if INS does not receive payment within ninety (90) days of the date of this notice, a six percent (6%) per annum penalty will be assessed. Charges will be computed from the date of this notice and will accrue monthly with the applicable interest and handling charges. In the case of any late payment, the amount received will be applied in this sequence: (1) to any accrued penalty and handling charges; (2) to any accrued interest; and, (3) to outstanding principal.

**Notice of Intent to Report to Credit Bureaus.** Section 3711(f)(1) of Title 31, United States Code provides authority for Federal agencies to report overdue debts to credit bureaus. This notice is provided to you to comply with the notice requirements of Section 3711. You are afforded an opportunity to present evidence, within 65 calendar days of the date of this notice, that all or part of your debt(s) to be reported to credit bureaus is greater than the amount actually owed, or that the debt(s) has been satisfied. You must send such evidence to the address provided at the bottom this notice.

**Taxpayer Identification Number.** Please provide your Social Security Number or Employer Identification Number: ______________________. Failure to provide this information may subject you to an IRS penalty. See 26 C.F.R. Section 1.6050TP-IT(d)(4)(ii). This information may be used for the purposes of collecting and reporting on any delinquent amounts arising out of your relationship with the Government.

**Address Correction.** If your address or other related information on the reverse of this form is incorrect please submit corrections with the copy of this invoice.

**Resolution of Billing Errors.** If you do not agree with any of the balances or other information shown in the invoice, please notify the Immigration and Naturalization Service immediately so that we may review and resolve any discrepancies. You have a right to a full explanation of the debt and to inspect and copy records relating to the debt.

**Alternative Payment Methods.** If you are unable to pay the full amount of the invoice within 30 days, the Immigration and Naturalization Service will discuss alternative payment methods including entering into a written repayment agreement.

**Consequences of the failure to pay.** With certain exceptions, the Debt Collection Improvement Act of 1996 requires agencies to transfer a debt or claim that has been delinquent 180 days or more to the Department of the Treasury for collection. The Department of the Treasury collection actions could include one or more of the following actions: credit bureau reporting; referral to the Treasury Offset Program for salary, tax refund, or other Federal payment offset; and, referral to collection agencies. In addition, the debt may be subject to administrative wage garnishment, your identity may be published or publicly disseminated, and/or the debt may be sold to a third party. Also, you will be responsible for all fees and services charged in collection of the debt. Please be advised that unless amounts owed can be collected administratively, the debt may be referred to Immigration and Naturalization Service or Department of Justice Counsel for legal action.

**Reporting to the Internal Revenue Service.** If all or a portion of this debt is discharged, that amount will be reported to the Internal Revenue Service as income.

**Collection by Offset from Federal Employees.** Section 5514 of Title 5, United States Code, provides authority for Federal agencies to collect, by deduction from pay, amounts overdue the United States from Federal employees. See 5 C.F.R. Section 550.1101.

**Questions concerning this invoice should be directed to the Accounts Receivable Representative at (802) 288-7600 or P.O. Box 5000 Williston, VT 05495-5000.**