# In the United States Court of Federal Claims

No. 04-1736C
Filed: June 18, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| AMERICAN AIRLINES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

The Government's Unopposed Motion for Enlargement of Time to Respond by Post-hearing Brief to Plaintiff's New Count III is hereby granted. The Government will file the portion of its post-hearing brief addressing Count III of the June 4, 2007 Second Amended Complaint on or before June 22, 2007.

**IT IS SO ORDERED**.

**s/Susan Braden**
**SUSAN G. BRADEN**
**Judge**