# In the United States Court of Federal Claims

**No. 04-1736 T**

**AMERICAN AIRLINES, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Court's Memorandum Opinion and Final Order, filed July 31, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $2,601,373.00 for uncollected Immigration User Fees, AQI User Fees, and interest illegally exacted by the Government.

Brian Bishop
Clerk of Court

August 1, 2007 By: s/ Debra L. Samler

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.