United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

August 7, 2007

Adam P. Feinberg, Esquire
Miller & Chevalier Chartered
655 15th Street, NW
Suite 900
Washington, DC 20005

In re: American Airlines, Inc. v. United States,
No. 04-1736 T

Dear Mr. Feinberg:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated August 1, 2007, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Kyle E. Chadwick, Esquire
Department of Justice