ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 27 2007
U.S. COURT OF FEDERAL CLAIMS

AMERICAN AIRLINES, INC., )
Plaintiff, )
v. ) No. 04-1736C (Judge Braden)
THE UNITED STATES, )
Defendant. )

**DEFENDANT'S NOTICE OF APPEAL**

Pursuant to Rule 58.1 of this Court's Rules, defendant, the United States, respectfully appeals from the final judgment entered in this matter on August 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E Davidson / B h
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:

ANDREW S. KOSEGI
Attorney
U.S. Customs and Border Protection
Indianapolis, IN

CYNTHIA A. KOCH
Senior Counsel
United States Department of Agriculture
Washington, DC

September 27, 2007

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 27th day of September 2007, I caused a copy of the attached notice of appeal to be served by U.S. mail upon:

Adam P. Feinberg
Miller & Chevalier Chartered
655 15th Street, N.W.
Suite 900, Metro Square
Washington, DC 20005-2701

[signature]